Cynthia Anderson Barker SBN 75764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
Aidan McGlaze  SBN 277270
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064-1508
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@kmbllaw.com
e. lbattles@kmbllaw.com

Pedram Esfandiary SBN 312569
e. pesfandiary@baumhedlundlaw.com
Monique Alarcon SBN 311650
e. malarcon@baumhedlundlaw.com
Bijan Esfandiari SBN 223216
e. besfandiari@baumhedlundlaw.com
R. Brent Wisner SBN 276023
e. rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA CRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE , and DOES 1-10 inclusive, <br><br> DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS <br><br> **NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

MEMORANDUM AND Ps & As ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCION

Carol A. Sobel, SBN 84483
Katherine Robinson SBN 323470
Weston Rowland SBN 327599
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310 393-3055
e. carolsobel@aol.com
e. klrobinsonlaw@gmail.com
e. rowland.weston@gmail.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 252-9444
e. cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90039
t. 323 696-2299
e. matthewstrugar@gmail.com

Jorge Gonzalez SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
SAN MARINO, CA 91108-2622
t. 626 328-3081
e. jgonzalezlawoffice@gmail.com

Olu Orange SBN 213653
Orange Law Offices
3435 Wilshire BLvd., Ste. 2910
LOS ANGELES, CA. 90010-2015
T. 213 736-9900
f. 213 417-8800
e. o.orange@orangelawoffices.com

MEMORANDUM AND Ps & As ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCION

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** as soon as the matter may be heard on a date to be set by and before the Honorable Consuelo B. Marshall, First Street Courthouse 350 W. 1st Street, Courtroom # 8B, 8th Floor, Los Angeles, California 90012, Plaintiffs, will and do, under Federal Rule of Civil Procedure 65 and Local Rules 7-19 and 65-1, respectfully apply ex parte for a Temporary Restraining Order.  Accordingly, as further described in the Complaint and set forth in the Proposed Order submitted with this Application, Plaintiffs hereby seek an emergency Order enjoining Defendants from:

1. Using projectiles, including rubber bullets, to disperse or otherwise control crowds of protestors.

2. Using baton strikes against protestors, or for crowd control purposes in a striking motion unless attacked.  Batons should not be used in a manner that would cause bruising or physical injury to demonstrators.

3. Holding persons charged solely with infractions in custody for the purpose of detaining such persons; instead requiring cite and release of anyone charged with an infraction within approximately 15 minutes of apprehension in the field and not detain them in buses, in parking lots or garages, or any other facility used for the purpose of detaining individuals charged with a violation of an ordinance punishable solely as an infraction.

4. Holding persons charged with misdemeanors more than an hour; instead requiring Defendants book and release such persons in less than an hour, using mobile booking technology if necessary.

5. To the extent arrested protestors are detained in buses or transported to a booking facility, restraining Defendants from holding them in such detention or in

handcuffs for more than 30 minutes or when persons complain of tight handcuffs, and also enjoining Defendants from refusing access to water and bathroom and medical care, if needed.

6. To the extent arrested protestors are detained in buses or otherwise in close custody for more than 10 minutes, restraining Defendants from failing to follow basic CDC guidelines for mitigation of exposure to the COVID-19 virus, including social distancing, provision of face masks, officers wearing face masks in the buses and the application of basic sanitation in buses or other places of detention necessary to reduce exposure to the COVID 19 virus.

This Application is made pursuant to Federal Rule of Civil Procedure 65 on the grounds that: (1) Plaintiffs are likely to prevail on their claims under the Fourth and Fourteenth Amendments and California common law analogues, and Cal. Civil Code § 52.1 (2) Plaintiffs are at risk of irreparable harm absent the entry of a temporary order; (3) the balance of equities favors the entry of a temporary restraining order; and (4) a temporary restraining order is in the public interest. This Application is based on the supporting Memorandum of Points and Authorities; the supporting declarations filed concurrently herewith; the Complaint for Injunctive Relief and accompanying declarations; and all other documents and pleadings filed in this action. Plaintiffs respectfully request a hearing, or a decision without a hearing, as soon as practicable.

## COMPLIANCE WITH LOCAL RULE 7-19.1

Compliance with the requirements of Local Rule 7-19.1 are set forth in the Declaration of Carol A. Sobel, submitted with this application.

Plaintiffs request that the Court order an expedited briefing schedule in light of the urgency of the matter and hold an evidentiary hearing at the Court's earliest

convenience. Pursuant to Local Rule 7-19 the contact information for Defendants' counsel is:

>Gabriel Dermer
>Asst. City Attorney
>200 N. Main Street, City Hall East
>Room 675
>Los Angeles, California 90012
>t. 213 978-7558
>e. gabriel.dermer@lacity.org

Dated: June 24, 2020  Respectfully Submitted,

/s/ Paul L. Hoffman

Attorney for Plaintiffs

## DECLARATION OF CAROL A. SOBEL

I, CAROL A. SOBEL, declare:

1. I am an attorney admitted to practice before the Supreme Court of California and the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and could and would do so competently if called to testify to these facts.

2. On June 23, 2020, I emailed James P. Clark, Chief Deputy City Attorney for the Defendant City of Los Angeles and advise him that Plaintiffs would be seeking a temporary restraining order in this matter. I asked Mr. Clark to whom notice should be given.

3. Mr. Clark advised me that he would get back to me with the name of the attorney(s) to be contacted. He later responded and advised me that notice should be given to Gabriel Dermer or Cory Brente.

4. On the morning of June 24, 2020, at approximately 7:00 a.m., I advised Gabriel Dermer by email that we would be filing the application for a temporary restraining order and the basis of what we would be seeking. I also provided Mr. Dermer with a courtesy copy of the First Amended Complaint.

5. Mr. Dermer responded to me at approximately 9:35 a.m. and advised that he would get back to me. As of the signing of this declaration at approximately noon, I have not heard back from Mr. Dermer and he is being served on behalf of the Defendant City.

June 24, 2020                    Respectfully submitted,

                                             /s/   Carol A. Sobel
                                          Carol A. Sobel