| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Carol A. Sobel   SBN 84483<br>LAW OFFICE OF CAROL A. SOBEL<br>725 Arizona Avenue, Ste. 300<br>Santa Monica, CA 90401<br>t. 310 393 3055 | CLEAR FORM |
| ATTORNEY(S) FOR:  Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, et al.,<br><br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-05027 CBM-AS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BLACK LIVES MATTER LOS ANGELES | Plaintiff |
| CANGRESS | Plaintiff |
| STEVEN ROE | Plaintiff |
| NELSON LOPEZ | Plaintiff |
| TINA RNKO | Plaintiff |
| JONATHAN MAYORCA | Plaintiff |
| ABIGAIL RODAS | Plaintiff |
| KRYSTLE HARTSFIELD | Plaintiff |
| (Additional Plaintiffs on attached page) | |
| CITY OF LOS ANGELES | Defendant |
| CHIEF MICHEL MOORE | Defendant |

| | |
|---|---|
| June 29, 2020<br>Date | /s/  Carol A. boel<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

BLACK LIVES MATTER LOS ANGELES   CASE NO.: 2:20-cv-05027 CBM-AS

NOTICE OF INTERESTED PARTES        PAGE 2

| | |
|---|---|
| NADIA KHAN | PLAINTIFF |
| CLARA ARANOVICH | PLAINTIFF |
| ALEXANDER STAMM | PLAINTIFF |
| MAIA KAZIM | PLAINTIFF |
| ALICIA BARRERA-TRUJILO | PLAINTIFF |
| SHANNON LEE MOORE | PLAINTIFF |
| DEVON YOUNG | PLAINTIFF |
| LINUS SHENTU | PLAINTIFF |