Barrett S. Litt, SBN 45527
Lindsay Battles, SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllegal.com
e. lbattles@mbllegal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA CRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>Hon. Consuelo B. Marshall<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kaye, McLane, Bednarski & Litt, LLP has changed their firm name as follows:

**McLane, Bednarski & Litt, LLP**
**975 East Green Street**
**Pasadena, California 91106**

      The mailing address, telephone, and facsimile remain the same. **The new email addresses for counsel of record are as follows:**

      **Barrett S. Litt:**    blitt@mbllegal.com

      **Lindsay Battles:**    lbattles@mbllegal.com

Dated: December 23, 2020              Respectfully submitted,

                                                McLane, Bednarski & Litt, LLP

                                        By: */s/ Barrett S. Litt*
                                                  Barrett S. Litt
                                                  Attorneys for Plaintiffs