Cynthia Anderson Barker, SBN 75764
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael D. Seplow, SBN 150183
Aidan McGlaze, SBN 277270
John C. Washington, SBN 315991
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
200 Pier Avenue, Suite 226
Hermosa Beach, California 90254
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles, SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@kmbllaw.com
e. lbattles@kmbllaw.com

Pedram Esfandiary, SBN 312569
e. pesfandiary@baumhedlundlaw.com
Monique Alarcon, SBN 311650
e. malarcon@baumhedlundlaw.com
Bijan Esfandiari, SBN 223216
e. besfandiari@baumhedlundlaw.com
R. Brent Wisner, SBN 276023
e. rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA CRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>**NOTICE OF APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR AN OSC RE: PRELIMINARY INJUNCTION**<br><br>Date and Time: TBA<br>Courtroom: 8B |

1  Carol A. Sobel, SBN 84483
   Katherine Robinson, SBN 323470
2  Weston Rowland, SBN 327599
   LAW OFFICE OF CAROL A. SOBEL
3  1158 26th Street, #552
   Santa Monica, CA 90403
4  t. 310 393-3055
   e. carolsobel@aol.com
5  e. klrobinsonlaw@gmail.com
   e. rowland.weston@gmail.com
6

7  Colleen Flynn, SBN 234281
   LAW OFFICE OF COLLEEN FLYNN
8  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
9  t. 213 252-9444
   r. 213 252-0091
10 e. cflynn@yahoo.com

11 Matthew Strugar, SBN 232951
   LAW OFFICE OF MATTHEW STRUGAR
12 3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90039
13 t. 323 696-2299
   e. matthewstrugar@gmail.com
14

Jorge Gonzalez, SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
SAN MARINO, CA 91108-2622
t. 626 328-3081
e. jgonzalezlawoffice@gmail.com


Olu Orange, SBN 213653
Orange Law Offices
3435 Wilshire BLvd., Ste. 2910
LOS ANGELES, CA. 90010-2015
T. 213 736-9900
f. 213 417-8800
e. o.orange@orangelawoffices.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** as soon as the matter may be heard on a date to be set by and before the Honorable Consuelo B. Marshall, at the First Street Courthouse 350 W. 1st Street, Courtroom #8B, 8th Floor, Los Angeles California, 90012, Plaintiffs will and do respectfully apply *ex parte* for a Temporary Restraining Order, and for a Preliminary Injunction.

As described in the Proposed Order submitted with this Application, Plaintiffs hereby seek a Temporary Restraining Order and a Preliminary Injunction enjoining the Los Angeles Police Department from using 40 mm and 37 mm projectiles on protestors in connection with public demonstrations.

This Application is made pursuant to Federal Rule of Civil Procedure 65 on the grounds that Plaintiffs are likely to prevail on their claims including under the Fourth and First Amendments; and are at risk of irreparable harm absent the entry of a temporary order and preliminary injunction; and that the balance of equities and public interest favor the temporary restraining order and temporary injunction. The Application is based on the supporting Memorandum of Points and Authorities; the supporting declarations and exhibits filed concurrently herewith; Plaintiffs' prior briefing, declarations and exhibits in support of Plaintiff's temporary restraining order, Dkts. 14-15; the Complaint for Injunctive Relief and accompanying declarations, and all other documents and pleadings filed in this action. Plaintiffs respectfully request a hearing, or a decision without a hearing, as soon as practicable.

**RULE 7-19.1 STATEMENT**

Compliance with the Requirements of Local Rule 7-19.1 is set forth in the following Declaration of Paul Hoffman, submitted with this application.

Plaintiffs request that the Court order an expedited briefing schedule in light of the urgency of the matter presented by the impending verdict in the trial of former Minneapolis Police Officer Derrick Chauvin, charged with killing George Floyd, and hold an evidentiary hearing at the Court's earliest convenience. Pursuant to Local Rule 7-19 the contact information for Defendants' counsel is:

>Geoffrey Plowden
>
>Deputy City Attorney
>
>200 N. Main Street, City Hall East
>
>Room 600
>
>Los Angeles, CA 90012
>
>t. 213-978-7038
>
>f. 213-978-8785
>
>e. geoffrey.plowden@lacity.org

Respectfully submitted,

DATED: April 13, 2021

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

**LAW OFFICE OF CAROL A. SOBEL**

By:  */s/ Paul Hoffman*
Paul Hoffman
John Washington
Carol Sobel
*Attorneys for Plaintiffs.*

## DECLARATION OF PAUL HOFFMAN

1. I am an attorney at law duly licensed and entitled to practice in this Court and the State of California. I am counsel for Plaintiffs in this case. I have personal first hand knowledge of the within-stated facts and could testify thereto under oath.

2. On April 12, 2021 at 8:50 AM I e-mailed Geoffrey Plowden, counsel for Defendants in this action, and informed him of the substance of this motion and date that it would be filed. I also spoke with Mr. Plowden by telephone later that day, and he informed me that Defendants oppose the motion.

I declare that the foregoing is true and correct under the penalty of perjury.

Executed this 13th day of March 2021 at Hermosa Beach, California.

Paul L. Hoffman

Cynthia Anderson Barker, SBN 75764
LAW OFFICES OF CYNTHIA ANDERSON-BARKER
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael D. Seplow, SBN 150183
Aidan McGlaze, SBN 277270
John C. Washington, SBN 315991
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP
200 Pier Avenue, Suite 226
Hermosa Beach, California 90254
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles, SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@kmbllaw.com
e. lbattles@kmbllaw.com

Pedram Esfandiary, SBN 312569
e. pesfandiary@baumhedlundlaw.com
Monique Alarcon, SBN 311650
e. malarcon@baumhedlundlaw.com
Bijan Esfandiari, SBN 223216
e. besfandiari@baumhedlundlaw.com
R. Brent Wisner, SBN 276023
e. rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA CRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR AN OSC RE: PRELIMINARY INJUNCTION**<br><br>Date and Time: TBA<br>Courtroom: 8B |