Cynthia Anderson Barker, SBN 75764
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael D. Seplow, SBN 150183
Aidan McGlaze, SBN 277270
John C. Washington, SBN 315991
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
200 Pier Avenue, Suite 226
Hermosa Beach, California 90254
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles, SBN 262862
KAYE, MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@kmbllaw.com
e. lbattles@kmbllaw.com

Pedram Esfandiary, SBN 312569
e. pesfandiary@baumhedlundlaw.com
Monique Alarcon, SBN 311650
e. malarcon@baumhedlundlaw.com
Bijan Esfandiari, SBN 223216
e. besfandiari@baumhedlundlaw.com
R. Brent Wisner, SBN 276023
e. rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, et al.,<br><br>PLAINTIFFS,<br>v.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date and Time: TBA<br>Courtroom: 8B |

Carol A. Sobel, SBN 84483
Katherine Robinson, SBN 323470
Weston Rowland, SBN 327599
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
t. 310 393-3055
e. carolsobel@aol.com
e. klrobinsonlaw@gmail.com
e. rowland.weston@gmail.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 252-9444
r. 213 252-0091
e. cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90039
t. 323 696-2299
e. matthewstrugar@gmail.co

Jorge Gonzalez, SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
SAN MARINO, CA 91108-2622
t. 626 328-3081
e. jgonzalezlawoffice@gmail.com


Olu Orange, SBN 213653
Orange Law Offices
3435 Wilshire BLvd., Ste. 2910
LOS ANGELES, CA. 90010-2015
T. 213 736-9900
f. 213 417-8800
e. o.orange@orangelawoffices.com

     Pursuant to Federal Rules of Civil Procedure 201, Plaintiffs request that the Court take Judicial Notice of the official City of Los Angeles reports attached at Exhibit 1,2 and 3 as official government reports.  Exhibits 1 and 2 are filed concurrently with this Request for Judicial Notice as Volume I of Plaintiffs' Exhibits and Declarations.

     Exhibit 1, "An Independent Examination of the Los Angeles Police Department 2020 Protest Response," was prepared by Independent Counsel Gerald Chaleff pursuant to a motion of the Los Angeles City Council.  As the March 10, 2021 transmittal letter from Sharon M. Tso, Chief Legislative Analyst, to the City Council reflects, the report was prepared in accord with Council Motion No. 20-0729, passed on June 30, 2020.  Ex. 1.  The report is available on the Council File website at File No. 20-0729.  See KM_C554e-20210310155205 (lacity.org) and on the LAPD website: lapdonline.org.

     Exhibit 2, "A Crisis in Trust," is the report prepared by the National Police Foundation at the request of the Los Angeles Police Commission.  It is available on the LAPD website: lapdonline.org.

     Exhibit 3 is the report issued by the Los Angeles Police Department on April 9, 2021, titled "Safe LA 2020 Civil Unrest After Action Report."  The Report is available on line at LAPD After Action Report 2020.pdf (lapdonline.org).  The LAPD after-action report is filed in Volume III of Plaintiffs' Exhibits and Declarations.

**ARGUMENT**

     The Court may take judicial notice of both reports as government documents maintained in the regular course of business.  See *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (documents in regular course of business); *Anderson v. Holder,* 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (reports of administrative bodies). See also *Democratic Nat'l Comm. v. Reagan,* 904 F.3d 686, 710 n.13 (9th Cir. 2018) (judicial notice of report publicly available

Case 2:20-cv-05027-CBM-AS   Document 55   Filed 04/13/21   Page 4 of 4   Page ID #:745

on the website of the U.S. Election Assistance Commission). Each document is also available on the website of the City Council and Los Angeles Police Department, respectively, and may therefore be subject to Judicial Review. *Id.*

                                                Respectfully submitted,

DATED: April 13, 2021            LAW OFFICE OF CAROL A. SOBEL

                                        By:  */s/ Carol A. Sobel*
                                                   CAROL A. SOBEL
                                                   *Attorneys for Plaintiffs.*