**ABDULLAH DECLARATION**

DECLARATION OF MELINA ABDULLAH

I, MELINA ABDULLAH, declare:

1. I am the co-chair of BLACK LIVES MATTER LOS ANGELES ("BLMLA") and I represent BLMLA, the organizational plaintiff in this matter. If called to testify to these facts, I could and would do so competently.

2. BLMLA is part of a nationwide organization with chapters in many cities, including Los Angeles. BLMLA is one of the largest and most active chapters of the organization with nearly 500 active members and organized ally groups, including White People for Black Lives.

3. Whatever the outcome of the Derek Chauvin trial, BLMLA is planning demonstrations because the outcome of the trial will not resolve the issues raised by the death of George Floyd and other persons killed by the police. Just this past weekend, two Black men were killed by the police in the Minneapolis area. . Justice would be served if George Floyd could have lived his life to his fullest potential and if the police did not continue to traumatize our community.

4. BLMLA and our ally organizations are fearful that when our members engage in lawful First Amendment activity post-verdict in the Derek Chauvin trial, we will again be subjected to excessive force by the LAPD and shot with so-called "less lethal" weapons. This fear has been compounded by the recent use of "less lethal" weapons on demonstrators supporting the homeless encampment in Echo Park.

5. The use of less lethal weapons has caused injury to our members in the past. The continued use of these weapons by the LAPD causes concern by our

ABDULLAH DECLARATION

membership that if they choose to assemble in public spaces to express their opposition to police violence and racism, they could be subjected to the same force again and suffer significant injuries.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April 2021



_____
MELINA ABDULLAH

ABDULLAH DECLARATION