**DECLARATION OF ASTORGA**

**DECLARATION OF CHRISTINA ASTORGA**

I, CHRISTINA ASTORGA, declare and state as follows:

1. I have personal knowledge of the facts stated below and if called upon to testify to these facts, I could and would do so competently.

2. I am a veteran of the United States Army Reserve and a resident of the City of Los Angeles. I was medically retired from the Army Reserve in April 2020.

3. On August 21, 2020, I attended a demonstration on Foothill Blvd. in the Sunland-Tujunga neighborhood of the San Fernando Valley. The protest was organized to counter a pro-Trump, alt-right protest taking place nearby.

4. At the protest, an LAPD officer shot me from just a few feet away, aiming directly at my torso and striking me with less-lethal munitions, injuring my chest, abdomen and left breast. My medical providers have told me that being struck with the projectiles caused necrosis of tissue in my breast for which plastic surgery has been recommended. Attached hereto as Exhibits 3 and 4 are true and correct photographs depicting my injuries.

5. Exhibit 3 shows the position of both me and the officer when he shot me. I am in the red hat, wearing a blue vest and a backpack. I estimate the officer was no more than 3 feet

6. I was not arrested or issued a citation.when he shot me. Exhibit 5 is video of the event.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on this 5th of April 2021 at Los Angeles, California.

_____
CHRISTINA ASTORGA

**EXHBIT 4**





EXHIBIT
4

Astorga video manually filed

**EXHIBIT 5**