# DECLARATION OF DIANA BARBADILLO

I, Diana Barbadillo, declare and state as follows:

1. I have personal knowledge of the facts stated below and if called upon to testify to these facts, I could and would do so competently.

2. I am a community organizer and I often serve as a Legal Observer for the National Lawyers Guild.

3. On Thursday, March 25, 2021, I attended a demonstration around the Echo Park area. As a participant in that protest, I filmed as I saw several LAPD officers shoot individuals directly in the chest, abdomen, back, and ribs with less-lethal projectiles. During the protest one LAPD officer pointed a less lethal two feet from my chest. Also, I filmed several LAPD officers firing less lethal projectiles at less than a two feet distance from the muzzle of the weapon and the upper body of protestors. From what I saw, LAPD officers were not regularly firing into the ground that day, they were aiming directly at protestors' upper body. Attached hereto as Exhibits 8 and 9 a retrue and correct copies of what I filmed at that incident.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on Tuesday, April 6, 2021 at Los Angeles, California.

Diana Barbadillo