**GUERRERO DECLARATION**

# DECLARATION OF ANDREW GUERRERO

I, ANDREW GUERRERO, declare and state as follows:

1. I have personal knowledge of the facts stated below and if called upon to testify to these facts, I could and would do so competently.

2. I am a resident of Burbank in Los Angeles County, where I work as a life coach.

3. On August 26, 2020, I attended a peaceful protest in downtown Los Angeles following the police killing of Jacob Blake. The march proceeded into the 3rd Street tunnel underpass where we were stopped by Los Angeles Police Department (LAPD) officers. LAPD officers blocked both exits to the tunnel and set up skirmish lines. After kettling our group inside the tunnel and       without providing any opportunity to disperse, the officers began firing kinetic projectiles at the protestors.

4. A LAPD officer shot me in the leg with less-lethal munitions, injuring my left shin and calf. I had to take off work for three days to recover and used a crutch to walk for one week. The injury took approximately 6 months to fully heal and a scar remains on the date of this declaration. Attached hereto as Exhibits 10 - 12 are true and correct photographs depicting my injuries.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on April 6, 2021 in Burbank, California.

_____
ANDREW GUERRERO

**EXHBIT 10**



**EXHIBIT 11**



**EXHIBIT 12**

