**KANEGAWA DECLARATION**

1

**DECLARATION OF ALEX KANEGAWA**

2

I, ALEX KANEGAWA, declare and state as follows:

3

1. I have personal knowledge of the facts stated below and if called upon to testify to

4

these facts, I could and would do so competently.

5

2. On Thursday, March 25 2021, I attended a demonstration around the Echo Park

6

area.  LAPD shot a less lethal projectile into the bottom half of my right arm between by

7

elbow and shoulder.  I was shot by LAPD while trying to move my partner away from

8

officers as she was shot in the abdomen at close range.  I estimate the distance between

9

the muzzle of the weapon and my arm was around three feet.  Attached hereto as Exhibits

10

__ - __ are true and correct versions of  photographs of my injury.

11

I declare under penalty of perjury under the laws of the United States and the

12

State of California that the foregoing is true and accurate.

13

Executed on  Tuesday, April 6, 2021 at Los Angeles, California.

14

15

_____

16

ALEX KANEGAWA

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 13



# EXHIBIT 14

EX

