**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**GEOFFREY R. PLOWDEN**, Deputy City Attorney (SBN 146602)
**GABRIEL S. DERMER**, Assistant City Attorney (SBN 229424)
200 North Main Street, Room 675
Los Angeles, California 90012
Telephone: 213-978-7558
Facsimile: 213-978-7011
gabriel.dermer@lacity.org

Attorneys for Defendant City of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-05027 CBM-AS<br><br>**OBJECTION TO PLAINTIFFS' REVISED PROPOSED ORDER (Dkt. 66)** |

Defendants City of Los Angeles and Chief Michel Moore object to the proposed order filed by Plaintiffs (Dkt. 66).

Defendants have no interest in stifling any protest or speech, indeed, Defendants support and facilitate many peaceful protests.  Nor do defendants wish to turn a blind eye to criminal behaviors, nor to exert more force than necessary.  For these reasons, Defendants object to the Plaintiffs' proposed order.

Plaintiffs ask the Court to limit the use of use of 40mm weapons to situations where officers are "faced with an imminent serious threat of serious bodily injury from a single subject/suspect as a target specific less lethal option."  This is the standard for using deadly force.  It cannot be that there is no difference between less-lethal and lethal force, and the situations in which each such force is warranted.  The Plaintiffs' proposed order would hamper the Los Angeles Police Department and prevent the use of less-lethal munitions when lethal force is not warranted.

The City of Los Angeles further objects to Plaintiffs' proposed order because it *changes* the status quo. The LAPD's current policy and training on the 37 mm and 40 mm less-than-lethal munitions restricts an officer's use of those devices to a situation when an officer reasonably believes that suspects or subjects in a crowd are violently resisting a lawful order to disperse, or that a suspect or subject poses an immediate threat of violence or physical harm.

Plaintiffs' proposed order would allow the use of the 40mm device *only* in a deadly force situation; imminent threat of serious bodily injury. This order would, in essence, constitutionally elevate the less-lethal device's level of force from an intermediate force option, per the Ninth Circuit, to deadly, or highest level of force.

Furthermore, Plaintiffs' proposed order seeks to eliminate a police officer's ability to deploy the 40mm foam round at a violent demonstrator who hides behind the non-violent protestors.   The precision of the 40mm tool allows the police officer to direct the projectile at only the violent demonstrator, leaving the peaceful protestors free to continue in their free speech.  Absent this tool, officers would be left without the means

1

to single out and the remove the violent protestors, and would likely have to shut down the protest in order to ensure public safety. The LAPD endeavors to allow peaceful protests to continue, and the 40mm tool assists officers in this endeavor when persons committed to violence put public safety at risk.

DATED: April 15, 2020    MICHAEL N. FEUER, City Attorney


By: /s/ Gabriel S. Dermer
GABRIEL S. DERMER, Assistant City Attorney

Attorneys for Defendants City of Los Angeles and Chief Michel Moore