**DECLARATION OF MONTERROSA**

**DECLARATION OF CHRISTIAN MONTERROSA**

I, CHRISTIAN MONTERROSA, declare and state as follows:

1. I have personal knowledge of the facts stated below and if called upon to testify to these facts, I could and would do so competently.

2. On Thursday, March 26, 2021, I attended a demonstration around the Echo Park area in my capacity as a journalist.  I had LAPD news media credentials at the time of the incident. Though I was press, LAPD shot a less lethal projectile into the bottom right portion of my chest just below my pectoral muscle.  I was shot by LAPD while trying to move away from officers. The shot was at close range. Ex. 16 I estimate the distance between the muzzle of the weapon and my arm was around three to four feet.  Attached hereto as Exhibit 17 are true and correct photographs of my injury.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on  Tuesday, April 6, 2021 at Los Angeles, California.

_____

CHRISTIAN MONTERROSA

**EXHIBIT 16**

Case 2:20-cv-05027-CBM-AS Document 68-1 Filed 04/15/21 Page 4 of 7 Page ID #:1314



**chrismatography** ✔
Los Angeles, California

•••



9/10

    • • • • •     

 Liked by **bri.fei** and **762 others**

**chrismatography** LOS ANGELES, Calif. - For the second night in a row, hundreds of LAPD officers descended on demonstrators who were gathered to protest the... more

View all 27 comments

**EXHIBIT 17**



