UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-5027-CBM-(ASx) | Date | April 19, 2021 |
| Title | Black Lives Matter Los Angeles et al v. City of Los Angeles, et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**         **IN CHAMBERS- ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION HEARING**

Pending before the Court is Plaintiffs' Request for Order to Show Cause re Preliminary Injunction. (Dkt. 54.)

Defendants are ordered to show cause why a preliminary injunction should not issue. Defendants' response is to be filed no later than April 26, 2021, and Plaintiffs' reply is to be filed no later than April 28, 2021. The hearing date is **May 3, 2021, at 10:00 a.m.**

**IT IS SO ORDERED.**