MICHAEL N. FEUER, City Attorney – SBN 111529
KATHLEEN A. KENEALY, Chief Deputy City Attorney – SBN 212289
SCOTT MARCUS, Senior Assistant City Attorney – SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney – SBN 115453
GABRIEL S. DERMER, Assistant City Attorney – SBN 229424
GEOFFREY R. PLOWDEN, Deputy City Attorney – SBN 146602
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7038  Fax No.: (213) 978-8785
Email: geoffrey.plowden@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES and CHIEF MICHEL MOORE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:20-cv-05027 CBM (ASx)<br><br>**DEFENDANTS' NOTICE OF MOTION TO (1) DISSOLVE OR CLARIFY TEMPORARY RESTRAINING ORDER IN PART, (2) IN THE INTERIM, TO STAY TEMPORARY RESTRAINING ORDER IN PART, OR (3) IN THE ALTERNATIVE, TO STAY TEMPORARY RESTRAINING ORDER IN PART PENDING EMERGENCY APPELLATE RELIEF**<br><br>Judge: Hon. Consuelo B. Marshall<br>Hearing Date: Not later than April 22, 2021, per Fed. R. Civ. P. 65(b)(4) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2021 or as soon thereafter as this motion may be heard in Courtroom 8B of the above-titled Court, located at 350 W. 1st Street, Los Angeles, California, 90012, Defendants the City of Los Angeles and Chief Michel Moore will and hereby do move:

1. Pursuant to Federal Rule of Civil Procedure 65(b)(4), for an order dissolving or clarifying in part this Court's Temporary Restraining Order (Doc. No. 71);

2. Further, for an order immediately staying the enforcement of the second, third, and fifth bullet points in the Temporary Restraining Order pending the disposition of this motion;

or

3. In the alternative, an order staying enforcement of the second, third, and fifth bullet points in the Temporary Restraining Order so that the City may seek emergency relief in the United States Court of Appeals for the Ninth Circuit.

The motion is based on this notice, the accompanying memorandum of points and authorities, the concurrently filed Declaration of Roger Murphy, all other documents in the record in this matter, and oral argument offered at any hearing on this motion.

The motion is made following notice given pursuant to Federal Rule of Civil Procedure 65(b)(4)'s notice requirement for motions to dissolve, and, in an abundance of caution, notice appropriate for ex parte applications under Local Rule 7-19. Plaintiffs advised that they oppose this motion.  L.R. 7-19.1(b); see Declaration of Gabriel S. Dermer.

Pursuant to Local Rule 7-19, the contact information for Plaintiffs' counsel is:

Carol A. Sobel
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
t. 310 393-3055; e. carolsobel@aol.com

Paul Hoffman
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
t. 310 396-0731; f. 310 399-7040; e. hoffpaul@aol.com

Olu Orange
Orange Law Offices
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA. 90010-2015
t. 213 736-9900; f. 213 417-8800; e. o.orange@orangelawoffices.com

    Respectfully submitted,

Dated:  April 20, 2021

                                   LOS ANGELES CITY ATTORNEY'S OFFICE
                                    Michael N. Feuer
                                    Kathleen A. Kenealy
                                    Scott Marcus
                                    Cory M. Brente
                                    Gabriel S. Dermer
                                    Geoffrey R. Plowden

                       By:   /s/ Geoffrey R. Plowden
                              Geoffrey R. Plowden, Deputy City Attorney
                              *Attorneys for Defendants*
                              The City of Los Angeles & Chief Michel Moore

## DECLARATION OF GABRIEL S. DERMER

I, GABRIEL S. DERMER, hereby declare:

1. I am an attorney at law, duly licensed to practice before this court and all of the courts of the State of California. I am one of the attorneys for Defendants in this action. I make all statements herein of my own personal knowledge, and if called to testify as a witness in this action, I could and would testify competently to the truth of the matters set forth herein.

2. On April 20, 2021, I emailed counsel for Plaintiffs, Carol Sobel, Paul Hoffman, John Washington and Olu Orange and advised them of the Defendants intent to file a motion to dissolve the TRO further to FRCP 65(b)(4).

3. On April 20, 2021, counsel for Plaintiffs responded to me by email and stated they do not agree to dissolve the TRO, nor to stay or modify it.

Executed on April 20, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Gabriel S. Dermer
Gabriel S. Dermer