1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES et al., | Case No. 2:20-cv-05027 CBM (ASx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO (1) DISSOLVE OR CLARIFY TEMPORARY RESTRAINING ORDER IN PART, (2) IN THE INTERIM, TO STAY TEMPORARY RESTRAINING ORDER IN PART, OR (3) IN THE ALTERNATIVE, TO STAY TEMPORARY RESTRAINING ORDER IN PART PENDING EMERGENCY APPELLATE RELIEF** |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Upon the Motion filed by Defendants, [the Court hereby immediately stays, pending further decision, the second, third, and fifth points in its Temporary Restraining Order (Doc. No. 71)] [OR] [the Court hereby dissolves the Temporary Restraining Order (Doc. No. 71) as to its second, third, and fifth points. The Order is hereby amended as follows:

- LAPD is restricted from using the 40mm and 37mm launchers in public demonstrations except by officers who successfully completed Department training;
- An officer may use 40mm less-lethal munitions only when the officer reasonably believes that a suspect is violently resisting arrest or poses an immediate threat of violence or physical harm. The use of 40mm less-lethal munitions should be preceded by a warning, if feasible;
- An officer may use 37mm less-lethal munitions only when the officer reasonably believes that suspects or subjects in a crowd are violently resisting a lawful order to disperse or pose an immediate threat of violence or physical harm. A warning to disperse must be given, and then the officer may fire at the ground 5 to 10 feet in front of the crowd. No warning is necessary, however, if an officer or other person is attacked the officer and must respond to the suspect's actions; and
- The 40mm launcher must not be used to target the head, neck, face, eyes, or spine of a person.]

[OR] [The Court hereby stays the second, third, and fifth points in its Temporary Restraining Order pending the Ninth Circuit's resolution of Defendants' emergency proceedings.]

Dated: _____, 2021

_____
Hon. Consuelo B. Marshall