UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-5027-CBM(ASx) | Date | APRIL 22, 2021 |
| Title | Black Lives Matter Los Angeles et al v. City of Los Angeles, et al., | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Defendant's motion for order to dissolve Temporary Restraining Order [75] is hereby set for Telephonic hearing on Friday, **April 23, 2021 at 2pm.**

Counsel should use a land line and handset from a quiet location, no speaker phone.  Wait on the line until your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background.  The call in number will be given to the parties one day before the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and  any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all parties