UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-5027-CBM(ASx) | Date | APRIL 23, 2021 |
| Title | Black Lives Matter Los Angeles et al v. City of Los Angeles, et al., | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| Yolanda Skipper | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel, via telephone | Geoffrey Plowden, via telephone |
| Paul L. Hoffman, via telephone | Gabriel S. Dermer, via telephone |
| Cynthia Baker, via telephone | |

**Proceedings:** TELEPHONIC HEARING RE DEFENDANT'S MOTION TO DISSOLVE OR CLARIFY TRO IN PART; IN THE INTERIM, TO STAY TRO, OR IN THE ALTERNATIVE, TO STAY TRO IN PART PENDING EMERGENCY APPELLATE RELIEF [75]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court advises counsel that the motion is taken under submission and a written order will issue. The hearing re Order to Show Cause re the preliminary injunction will remain on calendar for Monday, MAY 3, 2021 at 10:00 a.m.

IT IS SO ORDERED.

cc: all parties                                                                                                        **: 38**