# EXHIBIT A

## 40 MM Less-Lethal Launcher



## 40 MM Less-Lethal Projectile

