# EXHIBIT C

Exhibit C to Graham Declar, Page 19





Exhibit C to Graham Declar, Page 20