# EXHIBIT A

TO THE DECLARATION OF STEVEN LURIE



Exhibit A to Lurie Declar., Pg. 8