# EXHIBIT 5

Exhibit 5 to Murphy Declar, Page 12

# Los Angeles Police Department
## PROPERTY REPORT

Page 1 of 3

| Field | Value |
|---|---|
| DATE AND TIME THIS REPORT | 08/27/20 1500 |
| DATE PROPERTY BKD. | 08/28/20 |
| DATE ORIG. EVID. TAKEN INTO CUSTODY | 08/27/20 |
| TOTAL U.S. CURR. BKD. | $0.00 |
| EVID. | ☒ |
| NON-EVID. | ☐ |
| DR | 2001-16994 |
| VICTIM | City Of Los Angeles |
| FINDER / POSSESSOR | ☒ |
| AREA OR CITY & DATE OR MC OCCUR. | 3rd E/O Flower, 08/27/20 |
| TYPE OF PREMISES | Public Street |
| DEPT. EMPLOYEE IF BOOKED TO | Det. Banachowski |
| SERIAL NO. | 35958 |
| DIVISION | MCD |
| IS THIS STOLEN PROPERTY? | No |
| PROBABLE CRIME | 55.07 LAMC |
| MISD. | ☒ |
| TIME PROP. TAKEN INTO POLICE CUSTODY | 08/27/20 0200 |
| LOCATION | 3rd E/O Flower |
| RD OR CITY IF OUTSIDE | 0142 |
| IS THIS FOUND PROPERTY? | No |
| DATE & TIME FOUND PROPERTY DISCOVERED | 08/27/20, 0200 |
| LOCATION DISCOVERED | 3rd E/O Flower |
| RD OR CITY IF OUTSIDE | 0142 |
| INVESTIGATIVE UNIT | Major Crimes Division |
| PROP. BKD AT | Prop Div |
| NOTIFICATIONS – PERSONS & UNITS | Det. Meesri, #36177/MCD/CIS |
| CONNECTING REPORTS – TYPE & DR | Arrest Report, DR#2001-17045 |

On 08/26/20, at approximately 2130 hours, protestors members with shields and other protective items vandalized the US Bank Tower (633 West 5th Street ___, ___, CA 90071) with spray paint. The group continued to the 3rd Street tunnel (3rd and Flower) where they were blocked by LAPD Metropolitan Division. A dispersal order was given to the group by Metropolitan Division Officers. Officers ordered the large crowd of individuals to drop their items per LAMC 55.07 (Prohibition on carrying or possessing specified items while attending or participating in any public demonstration). The following items were recovered from 3rd Street tunnel by Detective Meesri, Serial No. 36177 and Detective Banachowski, Serial No. 35958.

| ITEM NO. | QUAN | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT UNITS | MODEL NO./DRUG TEST RESULTS | MISC.- COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT ARREST, INCL. NAME/BKG# FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 1. | 1 | Taser | 046941 | Sabre | S-1009 | Black in color |
| 2. | 1 | Taser | 160219578 | Viper Tech | n/a | Black in color |
| 3. | 1 | BB Gun | 20dS541-1 | Sig Sauer | p365 | Black in color |
| 4. | 1 | Magazine | n/a | n/a | n/a | Black in color with (8) bbs |
| 5. | 1 | Co2 canister | n/a | n/a | n/a | Silver in color |
| 6. | 1 | Wrench | n/a | Pittsburgh | 17 mil | Silver in color |
| 7. | 1 | Cording | n/a | Bead Landing | n/a | Red and black in color |
| 8. | 1 | Hammer | n/a | n/a | n/a | Silver in color with black handle |
| 9. | 1 | Cutters | n/a | Wiss | npc-9 | Silver in color with yellow handle |
| 10. | 1 | Pepper Spray | n/a | Sabre | n/a | Black container |
| 11. | 1 | Knife | n/a | Joker | bf016416-bk | Black in color (3 ½) inch blade |
| 12. | 1 | Knife | n/a | Elk Ridge | rr-A013 | Black in color (3) inch blade |
| 13. | 1 | Case | n/a | Scharade | n/a | Black in color |
| 14. | 1 | Knife | n/a | Army | n/a | Green in color, US Army on blade (3 ¼) blade |
| 15. | 1 | Knife | n/a | The Bone Edge | 13027 | Silver in color (3 1/2) inch blade |
| 16. | 1 | Brass Knuckle | n/a | n/a | n/a | Black in color |
| 17. | 1 | Live Round | n/a | Luger | 9mm | Live round |

| SUPERVISOR APPROVING | SERIAL NO. | REPORTING EMPLOYEE(S) | SERIAL NO. | DIV. | DETAIL |
|---|---|---|---|---|---|
| SGT. BRODERICK | 32053 | Det. Banachowski | 35958 | MCD | CIS |
| | | Det. Hurd | 35764 | MCD | CIS |

Exhibit 5 to Murphy Declar, Page 13

Page 2 of 3   PROPERTY REPORT   DR NO. 2001-16994

| ITEM NO. | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/OPUS WEIGHT UNITS | MODEL NO./DRUG TEST RESULTS | MISC. - COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST INCL. NAME/SKGV FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 18. | 1 | Pry Bar | n/a | n/a | n/a | Black in color FT stamped |
| 19. | 1 | Baseball bat | n/a | Rawlings | 24 inch | Pink in color |
| 20. | 1 | Knife | n/a | Kershaw | 1990 | Black in color (3) inch blade |
| 21. | 1 | Marker | n/a | Bazic | Jumbo | Black in color |
| 22. | 1 | Bullhorn | n/a | Speco Tech | n/a | Black in color |
| 23. | 1 | Spray Paint | n/a | Testors | n/a | White in color |
| 24. | 1 | Spray Paint | n/a | Testors | n/a | Yellow in color |
| 25. | 1 | Lighter Fluid (HAZMAT) | n/a | Ronsonol | n/a | Yellow in color containing liquid |
| 26. | 1 | Spray Paint | n/a | Hardcore | n/a | Black in color |
| 27. | 1 | Spray Paint | n/a | Krylon | n/a | White in color |
| 28. | 1 | Spray Paint | n/a | Rustoleum | n/a | Gloss Protective White |
| 29. | 2 | Spray Paint | n/a | Rustoleum | n/a | Red in color |
| 30. | 2 | Spray Paint | n/a | Rustoleum | n/a | Red & Silver in color |
| 31. | 1 | Spray Paint | n/a | Rustoleum | n/a | Black in color |
| 32. | 1 | Trashcan lid | n/a | n/a | n/a | Silver in color |
| 33. | 1 | Cardboard Shield | n/a | n/a | n/a | Beige in color with black tape |
| 34. | 1 | Cardboard Shield | n/a | n/a | n/a | Beige in color with silver tape "black lives matter" |
| 35. | 1 | Circular Snow Sled | n/a | Avalanche | n/a | Black in color |
| 36. | 1 | Snow Sled | n/a | Snow Storm | Vipernex | Red and Blue in color |
| 37. | 1 | Cardboard Sign | n/a | n/a | n/a | Beige in color with rope strap "1.8 billion $ police budget shouldn't be to employ killer" |
| 38. | 1 | Wood Sign | n/a | n/a | n/a | Beige in color with black straps "Cops=Gangs" |
| 39. | 1 | Cardboard Sign | n/a | n/a | n/a | Beige in color with denim straps wrapped around wood "No more racist police" |
| 40. | 1 | Cardboard Sign | n/a | n/a | n/a | Beige in color with black tape wrapped around a cooking pan "The system isn't broken it was built this way" |
| 41. | 1 | Cardboard Sign | n/a | n/a | n/a | Beige in color with black tape secured to hard plastic "Justice for Anthony McClain Andres Guardado" |
| 42. | 1 | Plastic Sign | n/a | n/a | n/a | Clear in color with cardboard sign affixed "All cops are bastards" |
| 43. | 1 | Plastic Sign | n/a | n/a | n/a | Clear in color with cardboard sign affixed "Black trans lives matter |
| 44. | 1 | Plastic Sign | n/a | n/a | n/a | Green in color with black straps "Our power level is over ...9000! black lives matter" |
| 45. | 1 | Cardboard Sign | n/a | n/a | n/a | Beige in color affixed to clip board "fuck 12 fuck kkk pd" |
| 46. | 1 | Shield | n/a | n/a | n/a | Cardboard affixed to wood with innertube, painted black |
| 47. | 1 | Shield | n/a | n/a | n/a | Cardboard affixed to wood with innertube covered in black trash bag |

Exhibit 5 to Murphy Declar, Page 14

Page 3 of 3     PROPERTY REPORT     DR NO 2001-16914

On 08/27/20, a Honda Pilot was abandoned inside the 3rd Street Tunnel and impounded. Detective Reed, Serial No. 33873 and Sergeant Broderick, Serial No. 32053, responded to Viertel's OPG Tow (2010 North Figueroa) and the following items were recovered from inside the vehicle.

| Item No. | Qnsn. | Article | Serial No./Type Test of Drug | Brand/Drug Weight Units | Model No./Drug Test Results | Misc. - Color, Size, Inscription, Caliber, etc. If Mult. Arrest, Incl. Name/Sex from Whom Taken |
|---|---|---|---|---|---|---|
| 48 | 1 | SD card | n/a | Gigastone | n/a | Black in color 32GB |
| 49 | 1 | SD card | n/a | ScanDisk | Extreme | Black in color 32GB |
| 50 | 1 | Driver's License | n/a | n/a | F4442584 | In the name of Parker Sheffield |
| 51 | 1 | Invoice | n/a | n/a | n/a | Pink in color Burbank Smog |
| 52 | 1 | Flyer | n/a | n/a | n/a | White in color w/black writing |
| 53 | 1 | Receipt | n/a | Lowe's | n/a | White in color |
| 54 | 1 | Receipt | n/a | Sam Ash Drums | n/a | White in color |
| 55 | 1 | Scratch Pad | n/a | Caliber | n/a | 4"x6" plain white paper |
| 56 | 1 | Pepper Spray | n/a | Saber | 22-Gel | Black in color with black holder |
| 57 | 1 | Smoke Balls | n/a | n/a | 0860C | Plastic baggie containing 6 Smoke balls |
| 58 | 1 | BBs | n/a | n/a | n/a | Clear plastic containing 3 lbs of metal BBs and funnel |
| 59 | 1 | Taser | n/a | 80KV | FBQ2002-A | Black plastic |
| 60 | 1 | Taser Dart | n/a | n/a | n/a | Black Plastic |
| 61 | 1 | Hard Hat | n/a | Bullard | S61 | White plastic |
| 62 | 1 | Helmet | n/a | Pro-Tec | Acefreecarve | Green plastic |
| 63 | 1 | Umbrella | n/a | West Chester | UMB340/OS | Black in color |
| 64 | 1 | Umbrella | n/a | n/a | n/a | White/Black in color |

Exhibit 5 to Murphy Declar, Page 15