# EXHIBIT 6

Exhibit 6 to Murphy Declar., Pg 16



Exhibit 6 to Murphy Declar., Pg 17