# EXHIBIT 7

Exhibit 7 to Murphy Declar., Pg 18



Exhibit 7 to Murphy Declar., Pg 19