# EXHIBIT 8

Exhibit 8 to Murphy Declar., Pg. 20



Exhibit 8 to Murphy Declar., Pg. 21