**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**GEOFFREY R. PLOWDEN**, Deputy City Attorney (SBN 146602)
**GABRIEL S. DERMER**, Assistant City Attorney (SBN 229424)
200 North Main Street, Room 675
Los Angeles, California 90012
Telephone: 213-978-7558
Facsimile: 213-978-7011
gabriel.dermer@lacity.org

Attorneys for Defendant City of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons;<br><br>      Plaintiffs,<br>  vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br>      Defendants. | Case No.: 2:20-cv-05027 CBM-AS<br><br>DECLARATION OF GERMAN HURTADO IN SUPPORT OF THE CITY'S RESPONSE TO THE OSC RE PRELIMINARY INJUNCTION |

1

DECLARATION OF GERMAN HURTADO IN SUPPORT OF THE CITY'S RESPONSE TO THE OSC RE PRELIMINARY INJUNCTION

I, GERMAN HURTADO, declare:

1. I am employed by the City of Los Angeles as a Captain with the Los Angeles Police Department ("LAPD") and am currently the Patrol Commanding Officer of Hollenbeck Division. I have been employed with LAPD for 22 years; my tenure has included eight years in Metropolitan Division, including SWAT, two years in the Criminal Surveillance Team, and Gang Impact Team, Officer-in-Charge in 77th Street Division, over two years in Newton Division as a Watch Commander, Assistant Watch Commander, and Gang Impact Team, Officer-in-Charge. In February of 2019, I was promoted to the rank of Captain and was assigned the Patrol Commanding Officer of Foothill Division. I transferred to Hollenbeck Division in October of 2020, as the Patrol Commanding Officer. I have a B.S. in Criminal Justice Management from the Union Institute & University and an M.A. in Executive Leadership from the USC Price School of Public Policy. I submit this declaration in response to the OSC re preliminary injunction that seeks to greatly restrict the LAPD's use of two types of LLMs: the 40mm launcher and the 37mm launcher. If called to testify, I could and would competently do so of my own personal knowledge.

2. From February 2020, up until late August 2020, demonstrations were taking place every Friday afternoon on Foothill Boulevard near Lowell Avenue in the Sunland/Tujunga area of the San Fernando Valley. This location was within the jurisdiction of the Foothill Division and I was present at these protests along with squads of officers to ensure that the protests would remain peaceful. During these protests, Trump supporters would congregate near an In-N-Out Burger on the northside of Foothill Boulevard and counter protestors would congregate on the opposite (southside) of Foothill Boulevard. In the beginning, the protests would only draw 20-50 protestors on each side of the street and were relatively peaceful. By the summer, however, attendance more than doubled and the dynamic became increasingly more contentious and hostile. Protestors from both sides would regularly walk into the street to scream and taunt each other. This was very dangerous given that Foothill Boulevard remained

open to traffic.  I also began to observe many more serious crimes being committed by attendees against each other and against law enforcement, including vandalism, battery, and assault with a deadly weapon.  Accordingly, I would have to deploy more officers and police vehicles to the location to form a line in the middle of the street to keep protestors on their respective side of the street.

3. I was the Incident Commander during the August 21, 2020 protest on Foothill Boulevard, which drew the largest crowd since the protests began.  The Trump Unity Bridge, a 60-foot float decorated with slogans such as "Make America Great Again" and "Secure America's Borders," was scheduled to be positioned on the northside of the street.  Based on intelligence gathered by the Major Crimes Division, I understood that the presence of the Trump Unity Bridge could increase volatility on both sides and lead to an unprecedented amount of violence and crime.  Even though I had developed a comprehensive plan to address any lawlessness that could arise that day, the protest devolved into violence and chaos by the late afternoon.  I had deployed over 40 officers to the middle of the street to the keep the pro-Trump and the anti-Trump protestors apart, and some of the officers were pelted with projectiles and smoke bombs.  Protestors refused to stay on the sidewalk; instead, insisting on walking on the street and blocking traffic.  Some protestors surrounded and advanced upon officers and police vehicles, despite repeated orders to leave the area or get back onto the sidewalk.  Due to this volatile and dangerous situation, I was forced to declare an unlawful assembly under Penal Code section 409 and ordered everyone to disperse.

4. I have read the declaration of Christina Astorga and reviewed the photographs and video that she attached to it.  (Dkt. 58-2.)  Ms. Astorga declares that she was shot in her left breast by a less-lethal munition at close range while attending the August 21, 2020 protest on Foothill Boulevard.  (*Id*. at 1:7-12.)  Ms. Astorga further declares that on the day of the protest she was wearing a red hat, blue vest, and backpack.  (*Id*. at 1:15-16.)  Ms. Astorga's declaration states that she has attached a picture as Exhibit 3 that "shows the position of both me and the officer when he shot

me," however no such picture or exhibit is attached to her declaration. (*Id*. at 1:15.) Ms. Astorga attached two pictures of injuries to her breast, however, based on the picture, it looks like the injury is to her right breast, not her left. (*Id*. at Ex. 4.)

5. The one minute, six second video that Ms. Astorga attached to her declaration shows protestors on the southside of Foothill Boulevard approaching officers who are standing in the middle of the street. At the 19 second mark, an individual wearing all black clothing and holding a sign with a pole repeatedly gets close to an officer despite being pushed back by the officer. At the 33 second mark, a woman wearing a red baseball cap, a blue denim vest, and black backpack (believed to be Ms. Astorga) walks up to a female officer and stands directly in front of her with only inches between them, despite the officer repeatedly motioning for her to move back. At the 35 second mark, the person filming Ms. Astorga appears to be behind a man wearing a white hat, blue t-shirt, and khaki pants, and holding up a skateboard next to a police vehicle. Ms. Astorga is standing next to the individual wearing all black clothing and holding a sign with a pole. At the 39 second mark, an officer swings his baton twice in the direction of Ms. Astorga and the individual wearing all black clothing. At the 45 second mark, an officer fires two rounds from a beanbag shotgun in the same direction—not a 40mm or 37mm launcher. I know it is a beanbag shotgun because it has a green slide handle and stock, and a rifled barrel. Other than those two beanbag rounds, no other less lethal munitions are shown being fired in this video.

6. Among other things, I have reviewed Channel 7 News footage taken from a helicopter that was flying over the protest on Foothill Boulevard on August 21, 2020. This news footage presents a different vantage point of the events from that shown in the video attached to Ms. Astorga's declaration and demonstrates to me that the incident referenced in her declaration occurred after my dispersal order. At the beginning of the Channel 7 news footage, the person believed to be Ms. Astorga and the individual wearing all black and holding a white sign with a pole are standing right next to each other. An officer, who was sprayed in the face with chemical-laced water moments

before, uses his baton twice to push back the advancing crowd, including Ms. Astorga and the individual wearing all black because they have repeatedly refused to move away from the officers. At the 2 second mark, it appears the white sign shields the individual wearing all black from the first baton strike and the second baton strike hits Ms. Astorga in the right breast. At the 4 second mark, the individual wearing all black turns the sign sideways so that the pole can be used as a weapon against officers. At the same time, however, an officer fires two bean bag rounds towards the individual clothed entirely in black so that the pole does not attack officers. One round hit the sign and the other round appears to have inadvertently struck Ms. Astorga since she is so close to the individual wearing all black and holding the sign. Attached as Exhibit A is a true and correct ten second excerpt of this Channel 7 News Footage.

    I declare under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct. Executed on April 26, 2021, in Los Angeles, California.

_____
German Hurtado, Captain