Office of the Los Angeles City Attorney
Geoffrey R. Plowden, DCA - SBN 146602
200 N. Main Street, 6th Floor
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| BLACK LIVES MATTER LOS ANGELES, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CV-05027 CBM-AS |
| v. | |
| CITY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Defendant City of Los Angeles herein files the following nine (9) exhibits in Support of Defendants' Response to OSC RE Preliminary Injunction:
Declaration of Donald Graham: Exhibit E -- Video No. 1, Exhibit F -- Video No. 2, Exhibit G -- Video No. 3
Declaration of Steven Lurie: Exhibit B – video clip
Declaration of Roger Murphy: Exhibit 1--video clip KABC-1, Exhibit 2--video clip OFFICER GREEN LASER, Exhibit 3--video clip KABC-2, Exhibit 4--video clip KTLA-LASER.
Declaration of German Hurtado: Exhibit A – video clip

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 26, 2021                                               /s/ Geoffrey R. Plowden, Deputy City Attorney
Date                                                              Attorney Name

                                                                     City of Los Angeles, Chief Michel Moore
                                                                     Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING