MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
GEOFFREY R. PLOWDEN, Deputy City Attorney (SBN 146602)
200 North Main Street, Room 600
Los Angeles, California 90012
Telephone: 213-978-7038
Facsimile: 213-978-8785
geoffrey.plowden@lacity.org
Attorneys for Defendants City of Los Angeles and Chief Michel Moore

Carol A. Sobel., Esq.
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
310-393-3055
carolsobellaw@gmail.com
Attorneys for Plaintiffs Black Lives Matter, Los Angeles

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL.,<br><br>         Plaintiffs,<br>  vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>         Defendants. | Case No.: 2:20-cv-05027 CBM-AS<br><br>**PARTIES' REPORT OF MEET AND CONFER EFFORTS AND PROPOSED MODIFIED LANGUAGE TO TEMPORARY RESTRAINING ORDER (Dkt. 71); [PROPOSED] ORDER** |

Defendants have asked the TRO order (Dkt. 71) be vacated, which Plaintiffs oppose. That is still Defendants' position. In the event the Court is not inclined to do so, Plaintiffs and Defendants, having met and conferred, propose the following modified TRO order language, and without prejudice to Defendants' position as to the OSC re: Preliminary Injunction:

1. LAPD is restricted from using the 40mm and 37mm launchers in public demonstrations except by officers who successfully completed Department training and meet all annual qualification requirements on the weapons;

2. An officer may use 40mm less-lethal munitions only when the officer reasonably believes that a suspect is violently resisting arrest or poses an immediate threat of violence or physical harm. The use of 40mm less-lethal munitions should be preceded by a warning, if feasible;

3. An officer may use 37mm less-lethal munitions as a crowd control tool only with the prior approval of the incident commander and only when a dispersal order has been issued, unless immediate action is necessary to stop violence, to ensure public safety and restore order.  A warning to disperse must be given, consistent with all of the dispersal order requirements set forth in LAPD Use of Force – Tactics Directive No. 11.1, and then the officer may fire the 37 mm at the ground 5 to 10 feet in front of the crowd. The 37 mm may not be used as a target specific munition unless absolutely necessary to prevent imminent serious bodily injury to the officer or others.

4. The 40mm launcher must not be used to target the head, neck, face, eyes, kidneys, chest, groin or spine of a person.

///
///
///
///

1

5.      The 40 mm and 37 mm launchers should be fired at a distance of five feet or greater from another person, unless an officer or other person is attacked and there is a threat of imminent serious harm.

DATED: April 26, 201          LAW OFFICES OF CAROL SOBEL

                              By: /s/ Carol Sobel

                              Attorney for Plaintiffs Black Lives Matter, et al.

DATED: April 27, 2021         MICHAEL N. FEUER, City Attorney

                              /s/ Geoffrey R. Plowden

                              Attorneys for Defendants City of Los Angeles and Chief Michel Moore

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL.,<br><br>          Plaintiffs,<br>     vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br>          Defendants. | **Case No.: 2:20-cv-05027 CBM-AS**<br><br>**[PROPOSED]**<br>**REVISED TEMPORARY**<br>**RESTRAINING ORDER (Dkt. 71)** |

The Court's Temporary Restraining Order (doc. 71), is hereby modified as follows:

1. LAPD is restricted from using the 40mm and 37mm launchers in public demonstrations except by officers who successfully completed Department training and meet all annual qualification requirements on the weapons;

2. An officer may use 40mm less-lethal munitions only when the officer reasonably believes that a suspect is violently resisting arrest or poses an immediate threat of violence or physical harm. The use of 40mm less-lethal munitions should be preceded by a warning, if feasible;

3.  An officer may use 37mm less-lethal munitions as a crowd control tool only with the prior approval of the incident commander and only when a dispersal order has been issued, unless immediate action is necessary to stop violence, to ensure public safety and restore order.  A warning to disperse must be given, consistent with all of the dispersal order requirements set forth in LAPD Use of Force – Tactics Directive No. 11.1, and then the officer may fire the 37 mm at the ground 5 to 10 feet in front of the crowd. The 37 mm may not be used as a target specific munition unless absolutely necessary to prevent imminent serious bodily injury to the officer or others.

4.  The 40mm launcher must not be used to target the head, neck, face, eyes, kidneys, chest, groin or spine of a person.

5.     The 40 mm and 37 mm launchers should be fired at a distance of five feet or greater from another person, unless an officer or other person is attacked and there is a threat of imminent serious harm.

**IT IS SO ORDERED.**

DATED: April ___, 2021

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE