MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
GEOFFREY R. PLOWDEN, Deputy City Attorney (SBN 146602)
200 North Main Street, Room 600
Los Angeles, California 90012
Telephone: 213-978-7038; Facsimile: 213-978-8785
geoffrey.plowden@lacity.org

Attorneys for Defendants City of Los Angeles and Chief Michel Moore

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons;<br><br>          Plaintiffs,<br>    vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-05027 CBM-AS<br><br>EXHIBIT 'A'<br>RE: REVISED TEMPORARY RESTRAINING ORDER (Dkt. 71)<br><br>Hearing<br>Date: May 3, 2021<br>Time: 10:00 a.m. |

**TO THE HONORABLE COURT**

Defendants submit the following LAPD Directive 11.1, referenced in the revised [proposed] TRO Order and Status Report Re: Meet and Confer.

DATED: April 27, 2021     MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
GEOFFREY R. PLOWDEN, Deputy City Attorney

/s/ Geoffrey R. Plowden
Attorneys for Defendants City of Los Angeles and Chief Michel Moore