

# LOS ANGELES POLICE DEPARTMENT
## USE OF FORCE-TACTICS DIRECTIVE

Directive No. 11.1                                                                                                    October 2020

## CROWD MANAGEMENT, INTERVENTION, AND CONTROL

**PURPOSE**

"Respect for People" and "Service to our Communities" are fundamental core values of the Los Angeles Police Department.  In a society where free speech and assembly is guaranteed by the Federal and State Constitutions, it is the mission of police officers to protect the constitutional rights of all members of the public.  These constitutional rights apply to individuals participating in lawful activities such as public speeches, marches, demonstrations, picketing, rallies and celebratory events.

This Directive was developed to provide guidelines to assist officers and supervisors in identifying lawful versus unlawful assemblies.  Additionally, it will provide insight into how the response and actions of law enforcement may affect the demeanor and response of a crowd.  The thoughtful application of crowd management and intervention strategies will generally assist in efforts to facilitate legal First Amendment activity with reverence for life, fairness, respect and dignity for every individual, while at the same time removing those individuals whose illegal behavior jeopardize the purpose and safety of protected activity.  Additionally, the Department's Use of Force Policy relating to crowd control techniques is reviewed in this Directive.

**PROTOCOL**

In determining whether First Amendment activities are lawful, police officers must not consider their personal views of either the political affiliation or the message of those persons exercising their right to assemble and engage in expressive activities.  The responsibility of police officers is to objectively determine at what juncture a demonstration or assembly leaves the realm of legal protest.

It is important for supervisors and officers to understand the definition of an unlawful assembly to determine the appropriate police response.  Penal Code Section 407 defines an unlawful assembly as: "Whenever two or more persons assemble together to do an unlawful act, or to do a lawful act in a violent, boisterous or tumultuous manner, such assembly is an unlawful assembly."  *"Boisterous or tumultuous manner"* has been interpreted by the courts to mean conduct which *poses a clear and present danger of imminent violence.*

Use of Force - Tactics Directive No. 11.1
Crowd Management, Intervention, and Control
Page 2

Penal Code Section 407 identifies two different circumstances when an assembly may be declared unlawful:

The first circumstance is when people assemble to participate in an unlawful act. The unlawful act must be an act made criminal by law, or by the commission of an overt act that leads to a violation of the law. In the absence of any unlawful conduct, an assembly may be declared unlawful only if there is reasonable cause to believe, based on articulable facts, that the assembly's purpose is unlawful. If people are assembled to commit an unlawful act, then they are an unlawful assembly (e.g. unlawfully blocking entrances to public buildings, highways, sidewalks or schools, or engaging in other unlawful or riotous activity).

The second circumstance is when people assemble to do a lawful act in a "violent, boisterous or tumultuous manner." In order to be considered violent, boisterous or tumultuous, the manner in which the people are acting must be violent, or pose a clear and present danger of imminent violence. For example, a demonstration that disturbs the peaceful enjoyment of property through noisy singing and chanting is not an unlawful assembly unless it also poses a clear and present danger of imminent violence. It is important to note that one must differentiate between First Amendment activity and other activity. A loud party at a private residence would not have to be violent, boisterous or tumultuous to be considered unlawful.

**PROCEDURES**

Any public assembly of individuals or groups, lawful or unlawful, may require support and/or intervention by law enforcement. Depending upon the situation, the response of law enforcement can range from observation and crowd management strategies, to crowd intervention and control strategies. The police response to each assembly or protest is different and will require law enforcement's flexibility, creativity, discipline and patience.

**Crowd Management**

First Amendment activity such as a march, demonstration, protest, rally or celebratory event is most often successfully facilitated by initially using the least amount of visible law enforcement presence necessary. An ongoing assessment of crowd behavior is critical in order for supervisors and officers to appropriately respond to the actions of a crowd or protest group. Experience has shown that the appearance of an organized, disciplined contingent of police officers will often cause a disorderly group to abandon their disruptive activities. However, if used inappropriately, the mere presence of officers and/or horses in protective gear may be perceived as aggressive and is sufficient to change the behavior of the crowd.

> Crowd Management Primary Objectives
> - Establish contact with crowd
> - Obtain voluntary compliance
> - Minimize enforcement action

Use of Force - Tactics Directive No. 11.1
Crowd Management, Intervention, and Control
Page 3

This can cause the focus of the protest to shift from the group's original cause to the presence and actions of officers. Therefore, supervisors should consider this potential impact on crowd behavior and be thoughtful about the strategic deployment of police officers and horses in protective gear.

Instead of thinking about the best form of police action to control the crowd, it is important for supervisors to focus on how to act in order to encourage the crowd to manage itself. One way of achieving this is to place a major emphasis on urging crowd members to express their views in a lawful manner, even under conditions where one is aware of the presence of small isolated groups with illegal goals and even at points where these small isolated groups start to act in illegal and violent ways.

**Intervention**

Police officers and supervisors must understand the importance of differentiating between violent members of the crowd and peaceful protestors. When possible, officers should interact with crowd members in an effort to communicate law enforcement support of lawful First Amendment activity and rights of free speech and expression.

> Crowd Intervention Primary Objectives
>
> - Isolate unlawful behavior
> - Arrest law violators
> - Protect First Amendment activity
> - Facilitate lawful protests

Unlawful behavior by individuals, or unlawful conduct observed in an isolated incident, should not automatically form the basis for declaring an otherwise lawful assembly to be unlawful. When it appears practical, officers should attempt to give warning to the leaders or spokesperson of the activity, the other participants, and/or the individuals about any observed unlawful or potentially unlawful conduct. When appropriate, officers should instruct them on what they must do to comply with the laws, so as to allow an opportunity to correct the conduct in question. Every effort should be made to protect and facilitate the actions of lawful demonstrators while using intervention strategies to stop illegal activity and remove law violators. However, when group behavior appears to be unlawful, aggressive, or otherwise uncontrollable, it is reasonable for the assembly to be declared unlawful.

**Crowd Control and Dispersal**

In the event a group or portion of a group becomes involved in violent or riotous behavior, the mission of the Department is to protect lives and property, and restore conditions to normal as rapidly and efficiently as possible. The rapid deployment of forces to contain and arrest those responsible for violent, riotous, or unlawful behavior and the dispersal of unlawful groups will help accomplish the Department's crowd control primary objectives.

> Crowd Control Primary Objectives
>
> - Protect life
> - Restore and maintain order
> - Arrest violators
> - Protect vital facilities
> - Protect property

Use of Force - Tactics Directive No. 11.1
Crowd Management, Intervention, and Control
Page 4

When circumstances require crowd dispersal, the dispersal should generally not occur until control forces are in place to assist in managing the dispersed crowd, as unlawful conduct is extremely dynamic and mobile. Crowd dispersal strategies should only be used when immediate action is necessary to stop violence and/or property damage and/or sufficient resources are not present to ensure public safety.

**Dispersal Orders**

> **Methods to Deliver and Document Dispersal Orders**
>
> - Amplified sound
> - Multiple languages when appropriate
> - Confirm audibility from various locations
> - Display signage indicating unlawful assembly and dispersal when possible
> - Document with video/audio recording

The intent of a dispersal order is to permanently disperse a crowd, not to merely relocate the problem to another location. Supervisors should make a reasonable assessment to determine if the members of a crowd are attempting to comply with the dispersal order or relocate the unlawful behavior. It should be made clear that the crowd is expected to immediately leave the area and include a warning that force may be used which could result in serious injury. The dispersal order must be given in a manner reasonably believed to be heard and understood by the intended audience. Based upon the circumstances, multiple announcements from various locations may be required. Dispersal orders should be delivered in English and in other languages that are appropriate for the audience. Regardless of the delivery method, the name of the individual giving the dispersal order and the date and time each order was given should be documented. Dispersal orders should not be given until control forces are in position to support crowd movement.

**THE MEDIA**

It is the Department's goal to provide the media as much access as legitimately possible to assist them in their duties. However, when an event is declared unlawful, all persons present, including members of the media, may be ordered to disperse. With the exception of spontaneously occurring events, whenever the Department develops an Incident Action Plan for an event that involves a public assembly, the Department will, when practicable, designate an area outside of the anticipated impacted area, but within viewing distance and audible range of the event, for members of the media to assemble.

**USE OF FORCE**

There are no exceptions to the Department's Use of Force Policy for crowd control situations. Officers may use only that force which is objectively reasonable. Verbalization should be used throughout the operation in an attempt to gain compliance. In determining the appropriate amount of force, officers shall evaluate each situation in light of the facts and circumstances of each particular case, including, but not limited to the seriousness

of the crime(s), the level of threat or resistance presented by the individual(s) and the danger to the community.

During crowd control situations, police officers may be required to physically engage individuals who exhibit conduct ranging from uncooperative to violent behavior.  In these situations, officers may have to utilize force to move crowd members who do not respond to verbal directions, control violent individuals, or to effect an arrest.  When the use of force is appropriate in a crowd control situation, only that force reasonable to make an arrest or disperse a crowd should be used.

**Baton**

The baton may be used to push individuals who do not respond to verbal commands and encroach upon officers on a skirmish line or, after a lawful dispersal order has been issued, on individuals who intentionally delay departure while officers attempt to disperse the crowd.  The push technique utilizes the baton as an extension of your hand on passive/ aggressive demonstrators failing to comply with officer's orders.  During this technique the tip of the baton is placed on the center of the chest, officers then push the demonstrator.  The push technique is not a strike and is not a reportable Use of Force while utilized in a crowd control situation.

> **Note:**  The use of a baton as an impact device against an individual must be in response to the threatening or violent behavior of that individual and in a crowd control situation must be reported to a supervisor and appropriately documented.

**Chemical Agents**

The use of any Department approved chemical agent during a crowd control incident requires the approval of a commander or above.  Chemical agents include CS gas, CN gas, OC, and all tear gas canisters.  Before using any chemical agent, tactical consideration should be given to wind direction, safety equipment for officers, and the potential non-effectiveness of the chemical agent.

**Less-Lethal Munitions**

Less-lethal munitions are either **target specific** or **non-target specific**.  Target specific munitions may be used on a hostile individual which may or may not be in a crowd that poses an immediate threat of violence or physical harm, (e.g., throwing projectiles). Beanbag shotgun Super-Sock rounds and 40mm sponge rounds are target specific munitions.  Less-lethal munitions can be deployed by trained personnel.

The 37mm foam rubber baton round is a non-target specific round used for crowd control. With the approval of the Incident Commander, the 37mm foam rubber baton may be used as a crowd control tool when a dispersal order has been issued and/or **immediate** action is necessary, to stop violence, to ensure public safety, and restore order.  Its use should be constantly assessed as to its effectiveness and its effect on the crowd.

Use of Force - Tactics Directive No. 11.1
Crowd Management, Intervention, and Control
Page 6

The 37mm minimum recommended range is 5 – 10 feet in front of the crowd (skip fired) with a maximum effective range of 50 feet.

The use of less-lethal munitions, the circumstances, and the number of rounds expended should be documented on Incident Command System (ICS) Form 214.

**Reporting a Non-Categorical Use of Force in Crowd Control Situations**

In a crowd control situation, a Use of Force Report is not required when officer(s) become involved in an incident where force is used to push or move individuals who exhibit unlawful or hostile behavior and who do not respond to verbal directions by the police. This applies only to officers working in organized squad and platoon sized units directly involved in a crowd control mission.  Additionally, should force be utilized under these circumstances, officers shall notify their immediate supervisor of the use of force once the tactical situation has been resolved.  The supervisor shall report the actions on ICS Form 214, or as directed by the incident commander.

A Use of Force Report is required when an officer(s) becomes involved in an isolated incident with an individual during a crowd control situation, which goes beyond the mission of the skirmish line.

> **Note:**  When a suspect has been taken into custody, the booking number or DR number of the related report shall be cross-referenced on ICS Form 214.

**Medical Treatment**

Any suspect taken into custody that has been injured or complains of injury shall receive medical treatment in accordance with established procedures.

**CONCLUSION**

The police response to each assembly or protest is different and will require flexibility, creativity, discipline, and patience.  A non-violent, "sit-down" demonstration requires a much different police response than a violent group who has become destructive.  The tactics used to manage or control a crowd should make every attempt to facilitate and protect First Amendment activity while isolating and arresting those engaged in unlawful behavior.

Points to Remember

- First Amendment Rights vs. unlawful behavior
- Keep the peace
- Protect property and vital facilities
- Maintain situational awareness
- Economy of force
- Stop unlawful behavior
- Obtain voluntary compliance
- Remain flexible

Use of Force - Tactics Directive No. 11.1
Crowd Management, Intervention, and Control
Page 7

**AMENDMENTS**

This version replaces Use of Force-Tactics Directive No. 11, Crowd Management, Intervention, and Control, June 2011.

MICHEL R. MOORE
Chief of Police

DISTRIBUTION "A"

Attachments: Dispersal Order, Concepts and Strategies, Terms and Definitions

**Crowd Management, Intervention, and Control**
**Example Dispersal Orders**

| **DISPERSAL ORDER** | **DISPERSAL ORDER** (Spanish) |
|---|---|
| "I am (rank and officer's name), a police officer for the City of Los Angeles. I hereby declare this to be an unlawful assembly and, in the name of the people of the State of California, command all those assembled at (give specific location for example, the area bounded by Main Street on the east, Spring Street on the west, City Hall steps on the north, and the south sidewalk of 1st Street on the south) to immediately disperse, which means to break up this assembly. If you do not do so, you may be arrested or subject to other police action. Other police action may include the use of less lethal munitions, which could cause significant risk of serious injury to those who remain. Section 409 of the Penal Code prohibits remaining present at an unlawful assembly. If you remain in the area which was just described, regardless of your purpose in remaining, you will be in violation of Section 409. The following routes of dispersal are available (give the most convenient route(s) of dispersal). You have ____ minutes (give a reasonable amount of time– take into consideration the number of participants, location of the event, and number of exit routes) to disperse." | "Soy (officer's name and rank) oficial de policía de la Ciudad de Los Angeles. Por la presente declaro que esta reunión es ilegal y en nombre del pueblo del Estado de California ordeno que todas las personas reunidas en (give specific location, for example, the area bounded by Main Street on the east, Spring Street on the west, City Hall steps on the north, and the south sidewalk of 1st Street on the south) se dispersen inmediatamente. De lo contrario serán arrestadas o estarán sujetos a otras acciones policíacas. Otras acciones policiacas pueden incluir el uso de minciones de menos lethal, el cual puede causar riesgo significacion de heridas serias a los que permanecen. La Sección 409 del Código Penal prohibe permanecer en una reunión ilegal. Si usted/ustedes permanecen en las áreas mencionadas, sin importar el propósito de su permanencia, usted/ustedes estarán violando la sección 409 del Codigo Penal de California. Las rutas que se pueden usar para disperarse son las siguientes: (give the most convenient route(s) of dispersal). Uds tienen ___ minutos (give a reasonable amount of time– take into consideration the number or participants, location of the event and number of exit routes) para dispersarse." |

UOF-TAC DIR NO. 11.1, 2020

## Crowd Management, Intervention, and Control
## Concepts and Strategies

| Lawful Assembly | Isolated Unlawful Behavior | Unlawful Assembly | Riot |
|---|---|---|---|
| *Free Speech and assembly are protected First Amendment activity. The following are examples:*<br><br>- Speeches<br>- Marches<br>- Demonstrations<br>- Rallies<br>- Picketing<br>- Public assemblies<br>- Protests<br>- Celebratory events | *Isolated unlawful activity by individuals or small groups within a crowd should not automatically form the basis for declaring an assembly unlawful.*<br><br>- **Isolated destruction of property**<br>- **Isolated acts of violence**<br>- **Isolated rock or bottle throwers**<br>- **Individual sit down demonstrators** | **407 PC Two or more persons assemble**<br>- **To do an unlawful act or**<br>- **To do a lawful act in a boisterous or tumultuous manner**<br><br>*Assemblies may be dispersed when they are: Violent, or pose a clear and present danger of violence, or the group is breaking some other law in the process. If a crime is occurring action may be taken to stop it prior to a Dispersal Order being given.*<br><br>- **Civil Disobedience**<br>- **Sit down demonstration** | **404 PC Riot, (a) Any use of force or violence, disturbing the public peace, or any threat to use force or violence, if accompanied by immediate power of execution, by two or more persons acting together, and without authority of law, is a riot.**<br><br>- Group violent behavior<br>- Group acts of property damage |
| **Police Action** | | | |
| **Use Crowd Management strategies:**<br><br>- Meet with event organizers and stakeholders<br>- Determine the history and risk of the group<br>- Create a planning team<br>- Check permit limitations<br>- Develop Incident Action Plan and objectives<br>- Identify and assign resources: Video unit, fixed posts, MFF, Bicycle Units, Air Support, TSE, Shadow Teams, Mounted Unit<br>- Monitor and assess crowd behavior<br>- Separate opposing factions<br>- Maintain video log<br>- Provide direction and expectations at roll call<br>- Engender facilitation not confrontation<br>- Ensure the appropriate uniform for the event<br>- Interact with organizers and gain cooperation | **Use Crowd Intervention strategies:**<br><br>- Use organizers and monitors to gain voluntary compliance<br>- Isolate, arrest and remove law violators as quickly as possible<br>- Video action of officers and law violators<br>- Use amplified sound (sound trucks or CIUVs) to communicate intent or to gain compliance<br>- Use low profile tactics when possible. Don't become the focus of the demonstration.<br>- Use Passive Arrest Teams, Tangle Teams, Shadow Teams, Cross Bows, Arrest Circles<br>- When it is not possible to make an immediate arrest, identify and track suspects using cameras, observation posts, an air unit or shadow teams<br>- Continue to assess; escalate and de-escalate as behavior changes<br>- Don't increase crowd tension or change crowd focus to law enforcement by unnecessary aggressive appearance or behavior | **Use Crowd Control strategies:**<br><br>- Obtain voluntary compliance<br>- Video action of officers and law violators<br>- Act quickly<br>- Request resources (MFF)<br>- Put control forces in place<br>- Identify dispersal routes<br>- Put a traffic plan in place<br>- Move media to protected area. Use amplified sound (sound trucks or CIUVs) to communicate intent to declare an unlawful assembly<br>- Disperse unlawful crowd<br>- Track and contain groups involved in illegal behavior using cameras, observation posts, Shadow Teams or Air Unit<br>- Arrest individuals who fail to disperse or who are involved in illegal activity<br>- Use Arrest Links to move arrestees<br>- With appropriate approval, deploy the appropriate less lethal munitions on a crowd that poses an immediate threat of violence or physical harm<br>- Ensure only reasonable force<br>- Report use of force and expended munitions<br>- Restore traffic flow | **Use Crowd Control strategies:**<br><br>- Video action of officers and law violators<br>- Immediately stop the behavior<br>- Request resources (MFF)<br>- Put control forces in place<br>- Stop the illegal activity<br>- Put a traffic plan in place<br>- Track and contain groups involved in illegal behavior using cameras, observation posts, Shadow Teams or Air Unit.<br>- Arrest law violators<br>- Use Arrest Links to move arrestees<br>- With appropriate approval, deploy the appropriate less-lethal munitions to defend officers or to stop violent behavior<br>- Ensure only reasonable force<br>- Report use of force and expended munitions<br>- Restore and maintain order<br>- Restore traffic flow<br>- Discourage groups from forming<br>- Protect lives, property, and vital facilities<br>- Establish and patrol divisions<br>- Remain present<br>- Reassess the situation<br>- Return to normalcy<br>- Act quickly |

**Crowd Management, Intervention, and Control**
**Terms and Definitions**

**Active Resistance:** To intentionally and unlawfully oppose the lawful order of a peace officer in a physical manner.

**Arrest Links:** A method of linking multiple arrestees together for control purposes.

**Arrest Protocol:** The formal process of placing subjects under arrest, taking into custody, and associating the arresting peace officer(s) with the specific individual arrested.

**Arrest Teams:** Personnel assigned to arrest duties during civil disobedience/civil disorder operations.

**Booking Teams:** Personnel assigned to custodial and processing duties during civil disobedience/civil disorder operations.

**Civil Disobedience:** An unlawful event involving a planned or spontaneous demonstration by a group of people.

**Civil Disorder:** An unlawful event involving significant disruption of the public order.

**Collective Behavior:** The unlawful behavior of a group of persons involved in situations where normal cultural structure and controls are not observed, such as unruly crowds, civil disobedience, and riots.

**Command:** The authority a person lawfully exercises over subordinates by virtue of his/her rank and assignment or position.

**Compliance Techniques:** Reasonable, lawful use of force methods intended to encourage suspect cooperation.

**Control Devices:** Devices intended to assist peace officers in gaining control of subjects who refuse to submit to lawful authority (e.g., batons, TASER, restraints, chemical agents, etc.).

**Cordoning:** Surrounding or enclosing a particular problem area; also referred to as perimeter control.

**Critical Facilities:** Any location essential to the well-being and safety of the community requiring law enforcement protection during a critical incident.

**Crowd:** A number of persons collected into a close body.

**Crowd Control:** Law enforcement response to a pre-planned or spontaneous event, activity or occurrence where there is a potential for unlawful activity or the threat of violence.

**Crowd Dynamics:** Factors which influence crowd behavior.

**Crowd Intervention:** Strategies and tactics employed by law enforcement during lawful assemblies to address unlawful activity, civil disorder, and to arrest violators.

**Crowd Management:** Strategies and tactics employed by law enforcement to manage lawful assemblies in an effort to prevent the escalation of events into an unlawful assembly or riot.

**Decontamination:** Procedures taken to reduce the effects of any non-lethal chemical agent.

**Discipline:** Pattern of behavior consistent with demonstrating self-control, teamwork, moderation, and restraint.

**Dispersal Order:** Lawful orders communicated by law enforcement personnel commanding individuals assembled unlawfully to disperse.

**Flashpoint:** Specific location(s) which can be anticipated to attract criminal elements and become the origin or focal point of civil disorder.

**Force Options:** Reasonable force applications utilized by law enforcement to effect arrest, overcome resistance, and prevent escape.

**Crowd Management, Intervention, and Control**
**Terms and Definitions**

**Formations:** Coordinated unit tactics utilized by law enforcement to control crowds, stop unlawful activity, and disperse and/or arrest violators.

**Incident Command System (ICS):** The statewide model for field level management of emergencies mandated by the Standardized Emergency Management System (SEMS). ICS is specifically designed to allow its users to adopt an integrated organizational structure equal to the complexity of demands of single and multiple incidents without being hindered by jurisdictional boundaries.

**Less-Lethal Impact Munitions:** Projectiles launched or otherwise deployed for purposes of overcoming resistance, preventing escape, effecting arrest, reducing serious injury and are without significant likelihood of causing death.

**Management:** The process of planning, organizing, coordinating, directing, budgeting, and controlling resources.

**Mobile Arrest and Booking Teams:** Mobile teams designated to assist field personnel with mass arrest and booking.

**Mobile Field Force:** An organized, mobile law enforcement tactical force equipped and trained to respond to unusual occurrences. The Mobile Field Force configuration is currently the statewide standard known as "Mutual Aid Response Mobile Field Force."

**Mobile Tactics:** specialized techniques that give Mobile Field Force (MFF) personnel the ability to respond rapidly and complete high-risk missions beyond the capabilities of other personnel. The vehicles may also be utilized for crowd control and containment.

**Mob:** A disorderly group of people engaged in unlawful activity.

**Mounted Tactics:** Tactics while mounted on horses.

**Non-Compliant Behavior:** Behavior which does not yield to a lawful order.

**Non-Lethal Chemical Agents:** Devices utilized by law enforcement agencies which may include CS, CN or OC.

**Non-Target Specific Less-Lethal Impact Munitions:** Less-lethal munitions fired at a crowd for the purpose of crowd control (37mm, 20F Multiple Foam Rubber Projectiles).

**Pain Compliance:** The stimulation of nerves or the manipulation of joints to elicit a sense of unease or distress in a subject, causing that subject to comply. Examples include control holds, impact weapons, non-lethal chemical agents, TASER, etc.

**Passive Arrest Teams (PAT):** Organized teams of peace officers assigned to take "passive arrestees" into custody.

**Passive Resistance:** A commonly used term referring to non-violent opposition to the lawful directions of law enforcement during arrest situations.

**Photographic Teams:** Law enforcement photographers assigned to document designated activity involving civil disobedience.

**Platoon:** A tactical component consisting of two or more supervised squads.

**Policy:** Statements of principles and values which guide the performance of a specific Department activity. Policy establishes limits of action and reflects a statement of guiding principles that should be followed in order to achieve an agency's objective.

**Procedure:** A method of performing an operation, or a manner of proceeding on a course of action, within limits of policy.

**Public Disruption:** The interruption or disturbance of public order.

**Crowd Management, Intervention, and Control**
**Terms and Definitions**

**Shadow Team:** A squad sized plain clothes unit made up of two, five-officer elements, each having a supervisor that is responsible for working within crowds to identify individuals involved in illegal behavior, and when possible monitor their behavior, and/or arrest and remove them from the crowd as quietly as possible.

**Uniformed Shadow Support Team:** A squad of 10 uniformed officers and two supervisors that are responsible for coordinating with, and supporting, Shadow Teams.

**Stakeholder:** Entities having a legal, professional, economic or community interest/responsibility in the event.

**Standardized Emergency Management System (SEMS):** A system required by the California Government Code for managing response to multi-agency and multi-jurisdictional emergencies in California.  SEMS consists of five organizational levels that are activated as necessary: Field Response, Local Government, Operational Area, Region and State.

**Target Specific Less-Lethal Impact Munitions:** Less-lethal munitions fired at a specific/identifiable target for purpose of selectively and temporarily incapacitating an individual or to cause the individual(s) to stop their actions: 12 gauge Super-Sock Projectiles; 40mm Exact Impact Sponge Munitions and 37mm foam rubber baton
- The suspect or subject is violently resisting arrest or poses an immediate threat of violence or physical harm
- Unlawful behavior must include violent actions/movements

**Unlawful Assembly:** Penal Code Section 407 defines an "unlawful assembly" as: "Whenever two or more persons assemble together to do an unlawful act, or to do a lawful act in a violent, boisterous or tumultuous manner, such assembly is an unlawful assembly." "Boisterous or tumultuous manner" has been interpreted by the courts to mean conduct which poses a clear and present danger of imminent violence.

**Violent, Boisterous or Tumultuous manner:** A manner in which the people are acting must be violent, or pose a clear and present danger of imminent violence.