MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
GEOFFREY R. PLOWDEN, Deputy City Attorney (SBN 146602)
200 North Main Street, Room 600
Los Angeles, California 90012
Telephone: 213-978-7038
Facsimile: 213-978-8785
geoffrey.plowden@lacity.org

Attorneys for Defendants City of Los Angeles and Chief Michel Moore

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, and DOES 1-10 inclusive,<br>Defendants. | Case No.: 2:20-cv-05027 CBM-AS<br><br>SUPPLEMENTAL DECLARATION OF GERMAN HURTADO IN SUPPORT OF THE CITY'S RESPONSE TO THE OSC RE PRELIMINARY INJUNCTION |

I, GERMAN HURTADO, declare:

1

1. I am employed by the City of Los Angeles as a Captain with the Los Angeles Police Department ("LAPD") and am currently the Patrol Commanding Officer of Hollenbeck Division. I have been employed with LAPD for 22 years; my tenure has included eight years in Metropolitan Division, including SWAT, two years in the Criminal Surveillance Team, and Gang Impact Team, Officer-in-Charge in 77th Street Division, over two years in Newton Division as a Watch Commander, Assistant Watch Commander, and Gang Impact Team, Officer-in-Charge. In February of 2019, I was promoted to the rank of Captain and was assigned the Patrol Commanding Officer of Foothill Division. I transferred to Hollenbeck Division in October of 2020, as the Patrol Commanding Officer. I have a B.S. in Criminal Justice Management from the Union Institute & University and an M.A. in Executive Leadership from the USC Price School of Public Policy. I submit this supplemental declaration in response to the OSC re preliminary injunction that seeks to greatly restrict the LAPD's use of two types of LLMs: the 40mm launcher and the 37mm launcher. If called to testify, I could and would competently do so of my own personal knowledge.

2. As I already stated in my declaration dated April 26, 2021, I was the Incident Commander during the August 21, 2020 protest on Foothill Boulevard, which—as widely reported by the news media—devolved into violence and chaos by the late afternoon. I have reviewed the pertinent body worn video from that day and it provides essential context of the circumstances in which Ms. Astorga was injured. The pertinent body worn video demonstrates that Ms. Astorga repeatedly advanced upon officers—at times getting within inches of their faces—despite being told to move back on several occasions, and that she was struck by a bean bag round inadvertently. The pertinent body worn video also demonstrates that, contrary to the statements made in Ms. Astorga's declaration (Dkt. 58-2, 1:10, 16), the officer who fired the bean bag rounds did so from more than three feet away. Attached as Exhibit B is a true and correct copy of a six minute, 21 second video comparing the video that Ms. Astorga provided (Dkt. 58-2, Exhibit 5) with the pertinent body worn video.

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct. Executed on April 27, 2021, in Los Angeles, California.

German Hurtado, Captain