UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 20-CV-5027-CBM-(ASx) | Date May 7, 2021 |
| Title *Black Lives Matter Los Angeles et al v. City of Los Angeles, et al* | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS- ORDER RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Pending before the Court is the Order to Show Cause re Preliminary Injunction. The parties stipulated to extend the current amended Temporary Restraining Order ("TRO") until today, May 7, 2021. However, the Court is not prepared to issue the Order.

Accordingly, the Court orders that the TRO remains in full force and effect until 5:00pm on Monday, May 10, 2021.

**IT IS SO ORDERED.**