**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Black Lives Matter Los Angeles, et al*,<br>    Plaintiffs,<br>vs.<br>*City of Los Angeles, et al*,<br>    Defendants. | Case No.: CV 20-5027 CBM<br><br>**PRELIMINARY INJUNCTION** |

The Court having granted Plaintiffs' Request for Preliminary Injunction issues the following:

1. LAPD is restricted from using the 40mm and 37mm launchers in public demonstrations except by officers who successfully completed Department training and meet all annual qualification requirements on the weapons;

2. An officer may use 40mm less-lethal munitions only when the officer reasonably believes that a suspect is violently resisting arrest or poses an immediate threat of violence or physical harm.  The use of 40mm less-lethal munitions should be preceded by a warning, if feasible, consistent with the Use of Force Warning set forth in LAPD Use of Force – Tactics Directive No. 17;

3. An officer may use 37mm less-lethal munitions as a crowd control tool

only with the prior approval of the incident commander and only when a dispersal order has been issued, unless immediate action is necessary to stop violence, to ensure public safety and restore order.  A warning to disperse must be given, consistent with all of the dispersal order requirements set forth in LAPD Use of Force – Tactics Directive No. 11.1, and then the officer may fire the 37 mm at the ground 5 to 10 feet in front of the crowd.  The 37 mm may not be used as a target specific munition unless absolutely necessary to prevent imminent serious bodily injury to the officer or others;

    4. The 40mm launcher must not be used to target the head, neck, face, eyes, kidneys, chest, groin or spine of a person.

    5. The 40 mm and 37 mm launchers should only be fired at a distance of five feet or greater from another person, unless an officer or other person is attacked and there is a threat of imminent serious harm.

**IT IS SO ORDERED.**

DATED: May 10, 2021

                                        CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE