| | |
|---|---|
| Cynthia Anderson Barker SBN 75764<br>NATIONAL LAWYERS GUILD<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, California 90010<br>t. 213 381-3246  f. 213 381-3246<br>e. cablaw@hotmail.com<br><br>Paul Hoffman, SBN 71244<br>Michael Seplow SBN 150183<br>Aidan McGlaze  SBN 277270<br>John Washington SBN 315991<br>SCHONBRUN, SEPLOW, HARRIS,<br>HOFFMAN & ZELDES LLP<br>9415 Culver Blvd, #115<br>Culver City, California 90230<br>t. 310 396-0731; f. 310 399-7040<br>e. hoffpaul@aol.com<br>e. jwashington@sshhlaw.com<br><br>Attorneys for Plaintiffs<br><br>Additional Counsel on Next Page | Barrett S. Litt, SBN 45527<br>Lindsay Battles SBN 262862<br>MCLANE, BEDNARSKI & LITT<br>975 E. Green Street<br>Pasadena, California 91106<br>t. 626 844-7660 f. 626 844-7670<br>e. blitt@mbllaw.com<br>e. lbattles@mbllaw.com<br><br>Pedram Esfandiary SBN 312569<br>e. pesfandiary@baumhedlundlaw.com<br>Monique Alarcon SBN 311650<br>e. malarcon@baumhedlundlaw.com<br>Bijan Esfandiari SBN 223216<br>e. besfandiari@baumhedlundlaw.com<br>R. Brent Wisner SBN 276023<br>e. rbwisner@baumhedlundlaw.com<br>BAUM, HEDLUND, ARISTEI &<br>GOLDMAN, P.C.<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, California 90024<br>t. 310 207-3233 f. 310 820-7444 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA  RNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIN, ALICIA BARRERA-TRUJILLO, SHANNON LEE MOORE, DEVON  YOUNG, LINUS SHENTU, EVA GRENIER, DAVID CONTRERAS, individually and for a class of similarly situated persons,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE , and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>REQUEST FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

REQUEST FOR STIPULATED PROTECTIVE ORDER

1  Carol A. Sobel, SBN 84483
   Katherine Robinson SBN 323470
2  Weston Rowland  SBN 327599
   LAW OFFICE OF CAROL A. SOBEL
3  1158 26TH Street, #552
   Santa Monica, CA 90403
4  t. 310 393-3055
   e. carolsobel@aol.com
5  e. klrobinsonlaw@gmail.com
   e. rowland.weston@gmail.com
6

7
   Colleen Flynn, SBN 234281
8  LAW OFFICE OF COLLEEN FLYNN
   3435 Wilshire Blvd., Suite 2910
9  Los Angeles, CA 90010
   t. 213 252-9444
10 r. 213 252-0091
   e. cflynn@yahoo.com
11

12 Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
13 3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90039
14 t. 323 696-2299
   e. matthewstrugar@gmail.com
15

Jorge Gonzalez SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
SAN MARINO, CA 91108-2622
t. 626 328-3081
e. jgonzalezlawoffice@gmail.com


Olu Orange SBN 213653
Orange Law Offices
3435 Wilshire BLvd., Ste. 2910
LOS ANGELES, CA. 90010-2015
T. 213 736-9900
f. 213 417-8800
e. o.orange@orangelawoffices.com

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR STIPULATED PROTECTIVE ORDER

1  The parties to the above-captioned action, through their respective counsel,
2  submit the attached Stipulated Protective Order for the Court's review and
3  approval.

Dated: June 15, 2021                     Respectfully submitted,

SCHONBRUN SEPLOW HARRIS
   HOFFMAN & ZELDES, LLP
LAW OFFICE OF CAROL A. SOBEL
McLANE BEDNARSKI & LITT


   /s/ Carol a. Sobel                .
By: CAROL A. SOBEL
Attorneys for Plaintiffs