Cynthia Anderson Barker SBN 75764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
Aidan McGlaze  SBN 277270
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP
9415 Culver Blvd, #115
Culver City, California 90230
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. jwashington@sshhlaw.com

Attorneys for Plaintiffs
Additional Counsel on Next Page

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllaw.com
e. lbattles@mbllaw.com

Pedram Esfandiary SBN 312569
e. pesfandiary@baumhedlundlaw.com
Monique Alarcon SBN 311650
e. malarcon@baumhedlundlaw.com
Bijan Esfandiari SBN 223216
e. besfandiari@baumhedlundlaw.com
R. Brent Wisner SBN 276023
e. rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, California 90024
t. 310 207-3233 f. 310 820-7444

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL,<br><br>                              PLAINTIFFS,<br>v.<br>CITY OF LOS ANGELES, ET AL,<br><br>                              DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-ASx<br><br>**ORDER RE:**<br><br>**STIPUATED REQUEST TO RESET THE CASE SCHEDULING ORDER DATES [111]** |

ORDER RE:
STIPULATED REQUEST TO RESET SCHEDULING ORDER DATES

The parties to this action, through their respective counsel, submit this Stipulated Request to Reset the Case Scheduling Order Dates. The parties have been working diligently but require additional time to prepare the case.

Set forth below are the current dates set by the Court and the requested dates. The parties seek to extend all dates by other than the PTC and the Trial Date.

|  | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cut-off | August 31, 2021 | October 29, 2021 |
| Expert Disclosures | September 20, 2021 | November 19, 2021 |
| Expert Rebuttal | October 30, 2021 | December 10, 2021 |
| Expert completion | November 15, 2021 | January 7, 2022 |
| Settlement conference | November 30, 2021 | January 28, 2022 |
| Motion hearing cut-off | January 11, 2022 | March 5, 2022 |
| Pre-trial Conference | March 22, 2022 @ 2:30 P.M. |  |
| Jury Trial | April 26, 2022 @ 10:00 A.M. |  |

Dated: JULY 1, 2021

IT IS SO ORDERED.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1
ORDER RE: STIPULATED REQUEST TO RESET SCHEDULING ORDER DATES