**MICHAEL N. FEUER**, City Attorney SBN 111529x
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney SBN 115453
**GEOFFREY PLOWDEN**, Deputy City Attorney SBN 146602
200 No. Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email:  geoffrey.plowden@lacity.org
Phone:  (213) 978-7038 Fax No: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES and CHIEF MICHEL MOORE**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE , and DOES 1-10 inclusive,<br><br>DEFENDANTS. | CASE NO. **CV20-05027 CBM-AS**<br><br>**DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

**TO THE HONORABLE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

1

Defendants City of Los Angeles and Chief Michel Moore will not be filing an opposition to the motion to amend the first amended complaint (Doc. 110). Defendants reserve all rights to respond to the second amended complaint, should the Court grant the motion, and allow the second amended complaint to be filed and served.

DATED: July 7, 2021

       **MICHAEL N. FEUER**, City Attorney
       **KATHLEEN A. KENEALY,** Chief Asst. City Atty.
       **SCOTT A MARCUS**, Senior Assistant City Attorney
       **CORY M. BRENTE**, Senior Assistant City Attorney

       By:  /s/ *Geoffrey Plowden*
          **GEOFFREY PLOWDEN**
          Deputy City Attorney

       *Attorneys for Defendants* **CITY OF LOS ANGELES and CHIEF MICHEL MOORE**