# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-5027-CBM-(ASx) | Date | July 23, 2021 |
| Title | Black Lives Matter Los Angeles et al v. City of Los Angeles, et al | | |

**Present: The Honorable**  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE MOTION TO AMEND COMPLAINT**

Pending before the Court is Plaintiffs' Motion to Amend Complaint. (Dkt. 110, 109.) Defendants filed a Non-Opposition to Plaintiffs' Motion. (Dkt. 113.)

Plaintiffs' Motion is granted and the Second Amended Complaint is hereby deemed filed as of today.

**IT IS SO ORDERED.**