**EXHIBIT E**

**FedEx**

July 08, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 770770800301

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 200 N SPRING STREET |
| Service type: | FedEx Standard Overnight | | LOS ANGELES, CA, 90012 |
| Special Handling: | Deliver Weekday | Delivery date: | Jun 23, 2020 09:03 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 770770800301 | Ship Date: | Jun 22, 2020 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:
City Clerk, City of Los Angeles
200 N SPRING STREET
Room 360
LOS ANGELES, CA, US, 90012

Shipper:
CAROL SOBEL, LAW OFFICES OF CAROL SOBEL
725 Arizona Avenue
Suite 300
SANTA MONICA, CA, US, 90401

Reference                    BLMLA

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx