**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES, ET AL,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-ASx<br><br>**ORDER ON STIPUATED REQUEST TO RESET THE CASE SCHEDULING ORDER DATES [131]**<br><br>[NOTE CHANGES MADE BY COURT] |

The Court is in receipt of the parties' stipulation to extend all dates including the Pre-Trial Conference and the Trial Dates, and hereby orders as follows:

Fact Discovery Cut-off:  August 17, 2022 Expert

Disclosures: September 12, 2022 Expert Rebuttal:

October 3, 2022

Expert completion: October 17, 2022 Settlement

conference: November 30, 2022 Motion hearing

cut-off: January 9, 2023 Pre-trial Conference:

**February 7, 2023 at 2:30 p.m.**

Jury Trial: **February 28, 2023 at 10:00 a.m.**

It is so ordered.   March 21, 2022         Hon. Consuelo B. Marshall
                                              United States District Judge

1