UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-5027-CBM(ASx)** | Date | AUGUST 16, 2022 |
| Title | Black Lives Matter Los Angeles et al v. City of Los Angeles, et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel | Geoffrey R. Plowden, via phone |
| Paul Hoffman | Joseph S. Persoff |
| | Gabriel S. Dermer |

**Proceedings:**   HEARING RE PLAINTIFF'S MOTION TO CERTIFY CLASS [136]

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case.

Following discussions with the parties, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                                                           **1:08**