**MICHAEL N. FEUER**, City Attorney – SBN 111529
**SCOTT MARCUS,** Chief Assistant City Attorney – SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**GABRIEL S. DERMER**, Assistant City Attorney – SBN 229424
**GEOFFREY PLOWDEN**, Deputy City Attorney – SBN 146602
**JOSEPH S. PERSOFF**, Deputy City Attorney – SBN 307986
200 No. Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email: geoffrey.plowden@lacity.org
Phone: (213) 978-7038 Fax No: (213) 978-8785

*Attorneys for Defendants*
**CITY OF LOS ANGELES and CHIEF MICHEL MOORE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, CANGRESS (DBA LA CAN), STEVEN ROE, NELSON LOPEZ, TINA ČRNKO, JONATHAN MAYORCA, ABIGAIL RODAS, KRYSTLE HARTFIELD, NADIA KHAN, CLARA ARANOVICH, ALEXANDER STAMM, MAIA KAZIM, ALICIA BARRERA-TRUJILO, SHANNON LEE MOORE, DEVON YOUNG, LINUS SHENTU, individually and on behalf of a class of similarly situated persons, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE , and DOES 1-10 inclusive, <br><br> DEFENDANTS. | CASE NO. **CV20-05027 CBM-AS** <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** <br><br> [Filed concurrently with Motion to Dismiss for Lack of Subject-Matter Jurisdiction; Notice of Motion and Motion for Judgment on the Pleadings; [Proposed] Order Granting Motion to Dismiss for Lack of Subject-Matter Jurisdiction; and [Proposed] Order Granting Motion for Judgment on the Pleadings] <br><br> Hearing <br><br> Date: December 13, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 8D or 9B |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 13, 2022 at 10:00 a.m. in Courtroom 8D or 9B of the United States District Court for the Central District of California – Western Division, located at 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Consuelo B. Marshall, Defendants City of Los Angeles and Chief Michel Moore will, and hereby do, move for an order dismissing the state law claims asserted by the Infraction Class due to a lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 7, 2022.

DATED: November 14, 2022

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney
**GABRIEL S. DERMER**, Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney
**JOSEPH S. PERSOFF**, Deputy City Attorney

By: /s/ Joseph S. Persoff
JOSEPH S. PERSOFF
Deputy City Attorney

Attorneys for Defendants
**CITY OF LOS ANGELES and CHIEF MICHEL MOORE**