UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES; et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; MICHEL MOORE, Chief, <br><br> Defendants-Petitioners. | No.  22-80117 <br><br> D.C. No. 2:20-cv-05027-CBM-AS <br> Central District of California, Los Angeles <br><br> ORDER |

Before: TASHIMA and S.R. THOMAS, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's October 3, 2022 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).