# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL, <br><br> PLAINTIFFS, <br> v. <br><br> CITY OF LOS ANGELES, ET AL, <br><br>                   DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-ASx <br><br> **ORDER ON STIPUATED REQUEST TO VACATE SCHEDULING ORDER PENDING APPEAL TO THE NINTH CIRCUIT   [190]** |

    The Court is in receipt of the parties' stipulation to vacate the current scheduling order pending the decision by the Ninth Circuit on the interlocutory appeal of the Court's prior order granting class certification.  The parties represent to the Court that they are continuing fact discovery so that, once the Ninth Circuit rules on Defendants' appeal, the case can move forward expeditiously.

    The Court finds good cause to grant the Stipulation and hereby vacates all pending scheduling dates.

    Within 10 days of the mandate issuing by the Ninth Circuit, the parties will notify the Court in writing of their respective positions on the import of the Ninth

PLEADING TITLE - 1

Circuit decision to scheduling in this case.  The parties shall meet and confer and propose revised scheduling dates.

**It is so ordered**.

Dated: JANUARY 19, 2023

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

_____.

By: CAROL A. SOBEL

Attorneys for Plaintiffs