UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-05027-CBM-AS | Date | June 2, 2025 |
| Title | *Black Lives Matter Los Angeles et al v. City of Los Angeles, et al* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:   **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On November 7, 2024, the Court held a status conference following the Ninth Circuit mandate issued on Defendants' appeal in this case. (Dkt. No. 225.) During the conference, the Court and the parties discussed the possible need for a motion to compel Defendants to produce discovery that to date, Plaintiff had requested but not received. (*See* Dkt. No. 227 (Hearing Tr.).) Plaintiff also expressed the desire to file a Fourth Amended Complaint to address the issues the Ninth Circuit raised in its mandate. (*Id.* at 9:14-24; 27:13-28:3.) The Court advised counsel that Plaintiff would be allowed time to file an amended complaint and a motion for class certification. (Dkt. No. 225.)

To date, Plaintiff has neither filed a motion for leave to file an amended complaint or any motions to compel discovery. Accordingly, the Court now orders Plaintiff to show cause why this action should be dismissed for failure to prosecute by no later than **June 6, 2025**. Failure to respond to this Order shall result in dismissal of the case.

**IT IS SO ORDERED.**