Cynthia Anderson Barker SBN 175764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
t. 213 381-3246 f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
9415 Culver Blvd, #115
Culver City, California 90230
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. jwashington@sshhlaw.com

Attorneys for Plaintiffs
Additional Counsel on Next Page

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllaw.com
e. lbattles@mbllaw.com

Pedram Esfandiary SBN 312569
e. pesfandiary@wisnerbaum.com
Monique Alarcon SBN 311650
e. malarcon@wisnerbaum.com
Bijan Esfandiari SBN 223216
e. besfandiari@wisnerbaum.com
R. Brent Wisner SBN 276023
e. rbwisner@winserbaum.com
WISNER BAUM P.C.
11111 Santa Monica Blvd., Ste 1750,
Los Angeles, CA 90025
t. 310 207-3233 f. 310 820-7444

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, ET AL, <br><br> Defendants. | Case No.: 2:20-cv-05027 CBM-AS <br><br> PLAINTIFFS' MOTION FOR CONTEMPT AND MEMORANDUM IN SUPPORT THEREOF <br><br> Date: Sept. 16, 2025 <br> Time: 10:00 a.m. <br> Ctrm: 8D Hon. Consuelo Marshall |

This motion is made pursuant to Rule 7-3 and the initial and additional meetings of counsel beginning on July 17, 2025.

1  Carol A. Sobel, SBN 84483
   Weston Rowland  SBN 327599
2  LAW OFFICE OF CAROL A. SOBEL
   2632 Wilshire Blvd., #552
3  Santa Monica, CA 90403
   t. 310 393-3055
4  e. carolsobel@aol.com
   e. rowland.weston@gmail.com
5

   Olu Orange SBN SBN 213653
   Orange Law Offices
   3435 Wilshire Blvd., Ste. 2910
   Los Angeles, CA. 90010-2015
   t. 213 736-9900
   f, 213 417-8800
   e. o.orange#orangelawoffices.com

6  Colleen Flynn, SBN 234281
   LAW OFFICE OF COLLEEN FLYNN
7  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
8  t. 213 252-9444
   r. 213 252-0091
9  e. cflynn@yahoo.com

   James Do Kim, SBN 231038
   LAW OFFICE OF DO KIM, APLC
   3435 Wilshire Blvd, Suite 2700
   Los Angeles, CA 90010
   t. 213 251-5440
   f, 213 232 -4919
   e. dkim@dokimlaw.com

10 Matthew Strugar, SBN 232951
   LAW OFFICE OF MATTHEW STRUGAR
11 3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90039
12 t. 323 696-2299
13 e. matthewstrugar@gmail.com

   Denisse Gastelum
   GASTELUM LAW, APC
   3767 Worsham Ave.
   Long Beach, CA 90808-1774
   t. 213 340 6112
   e. dgastelum@gastelumfirm.com

14 Christian Contreras, SBN 330269
   LAW OFFICES OF CHRISTIAN CONTRERAS, APC
15 360 E. 2nd St., 8th Floor
   Los Angeles, California 90012
16 t. (323) 435-8000  f: (323) 597-0101
   e: CC@Contreras-Law.com

17
18 Shakeer Rahman  SBN 332888
   Law Office of Shakeer Rahman
19 3435 Wilshire Blvd Ste 2910,
   Los Angeles, CA 90010-2015
20 t. 323-546-9236
21 e. shakeer@loosr.net

22
23
24
25
26
27
28

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 16, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8D of the above-titled Court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs will and hereby do move for an order to show cause why Defendant City of Los Angeles ("the City,") and Chief Jim McDonnell ("Defendants"), should not be held in civil contempt for failing to comply with the Court's Preliminary Injunction issued on May 10, 2021. [Dkt. 102]

Plaintiffs' motion seeks relief pursuant to the Court's "inherent power to enforce compliance with [its] lawful orders through civil contempt," *Shillitani v. United States*, 384 U.S. 364, 370 (1966). The motion seeks an order of civil contempt and sanctions for the City's continued failure to comply with the provision of this Court's Preliminary Injunction, which specifically placed restrictions on the City's deployment of beanbags, 37mm less-lethal munitions and 40mm sponge rounds, together referred to as Kinetic Impact Projectiles ("KIPs) as crowd control tools.

Specifically, the use of KIPs at the recent protests in Los Angeles arising from the United States Department of Homeland Security's ("DHS") conduct of immigration enforcement raids in the City has occurred in violation of the restrictions mandated by the Court and, consequently, resulted in dozens of serious injuries to peaceful protestors and journalists.

Dated: August 5, 2025

Respectfully submitted,

Law Office of Carol A. Sobel

    /s/   Carol A. Sobel   .

By: Carol A. Sobel
Attorneys for Plaintiff