Cynthia Anderson Barker SBN 175764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
t. 213 381-3246 f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
9415 Culver Blvd, #115
Culver City, California 90230
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllaw.com
e. lbattles@mbllaw.com

Pedram Esfandiary SBN 312569
e. pesfandiary@wisnerbaum.com
Monique Alarcon SBN 311650
e. malarcon@wisnerbaum.com
Bijan Esfandiari SBN 223216
e. besfandiari@wisnerbaum.com
R. Brent Wisner SBN 276023
e. rbwisner@winserbaum.com
WISNER BAUM P.C.
11111 Santa Monica Blvd., Ste 1750,
Los Angeles, CA 90025
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL., <br><br> PLAINTIFFS, <br> v. <br> CITY OF LOS ANGELES, ET AL, <br><br> DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS <br><br> Declaration of Shakeer Rahman <br><br> Date: Sept. 16, 2025 <br> Time: 10:00 a.m. <br> Ctrm: 8D Hon. Consuelo Marshall |

1

Carol A. Sobel, SBN 84483
Weston Rowland  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
2632 Wilshire Blvd., #552
Santa Monica, CA 90403
t. 310 393-3055
e. carolsobel@aol.com
e. rowland.weston@gmail.com

Olu Orange SBN SBN 213653
Orange Law Offices
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA. 90010-2015
t. 213 736-9900
f, 213 417-8800
e. o.orange#orangelawoffices.com

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 252-9444
r. 213 252-0091
e. cflynn@yahoo.com

James Do Kim, SBN 231038
LAW OFFICE OF DO KIM, APLC
3435 Wilshire Blvd, Suite 2700
Los Angeles, CA 90010
t. 213 251-5440
f, 213 232 -4919
e. dkim@dokimlaw.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90039
t. 323 696-2299
e. matthewstrugar@gmail.com

Denisse Gastelum
GASTELUM LAW, APC
3767 Worsham Ave.
Long Beach, CA 90808-1774
t. 213 340 6112
e. dgastelum@gastelumfirm.com

Christian Contreras, SBN 330269
LAW OFFICES OF CHRISTIAN CONTRERAS, APC
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
t. (323) 435-8000  f: (323) 597-0101
e: CC@Contreras-Law.com

Shakeer Rahman  SBN 332888
Law Office of Shakeer Rahman
3435 Wilshire Blvd Ste 2910,
Los Angeles, CA 90010-2015
t. 323-546-9236
e. shakeer@loosr.net

# DECLARATION OF SHAKEER RAHMAN

I hereby declare:

1. I have been counsel of record for the plaintiffs in this action since 2021.

2. On the evening of June 9, 2025, an LAPD officer shot me with 40-millimeter incapacitation munitions in response to me asking him for his identity, which was not listed on his helmet unlike with the other officers around him whose helmets listed both their names and LAPD serial numbers.

3. The officer who shot me was standing behind a glass partition on a raised platform on the northeast corner of the LAPD headquarters complex, near the intersection of 1st Street and Main Street. I was standing on the sidewalk below the raised platform and observed this officer shoot two others with 40-millimeter munitions. Neither of the people he shot were doing anything that could appear threatening or dangerous, and both were separated from the officer by a glass partition.

4. After I observed the officer shoot those two others, I asked him for his name and badge number. When the officer did not respond, I asked him several additional times for his name and badge number. The officer did not provide this information and instead shot me with a 40-millimeter munition. Right before he fired that shot, the officer told me, "I'm going to pop you right now 'cause you're taking up my focus." Exhibit ___ is a video posted on X that shows this interchange along with the shooting.

5. After this first shot, I continued to ask the officer for his name and badge number for at least another minute, in response to which he shot me a second time. At no point during this encounter did I do anything that could appear threatening or dangerous, and I was separated from the officer by a glass partition the entire time. The shooting caused a large wound near my groin.

6. Numerous other LAPD personnel including Deputy Chief Alan Hamilton stood nearby as the officer shot me. None intervened. Deputy Chief Hamilton even conferred with the shooting officer both before and after he shot me. Deputy Chief Hamilton also refused my requests for the shooting officer's identity.

7. I eventually identified the shooting officer as Rick Linton, a Police Officer III.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2025, at Los Angeles, California:

/s/ Shakeer Rahman

_____

SHAKEER RAHMAN