Cynthia Anderson Barker SBN 175764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
t. 213 381-3246 f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS,
HOFFMAN & ZELDES LLP
9415 Culver Blvd, #115
Culver City, California 90230
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllaw.com
e. lbattles@mbllaw.com

Pedram Esfandiary SBN 312569
e. pesfandiary@wisnerbaum.com
Monique Alarcon SBN 311650
e. malarcon@wisnerbaum.com
Bijan Esfandiari SBN 223216
e. besfandiari@wisnerbaum.com
R. Brent Wisner SBN 276023
e. rbwisner@winserbaum.com
WISNER BAUM P.C.
11111 Santa Monica Blvd., Ste 1750,
Los Angeles, CA 90025
t. 310 207-3233 f. 310 820-7444

Attorneys for Plaintiffs
Additional Counsel on Next Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, ET AL.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, ET AL,<br><br>DEFENDANTS. | Case No.: 2:20-cv-05027 CBM-AS<br><br>Declaration of Jason Reedy<br><br>Date:  Sept. 16, 2025<br>Time: 10:00 a.m.<br>Ctrm:  8D Hon. Consuelo Marshall |

1

## DECLARATION OF JASON REEDY

I hereby declare:

1.      On the night of June 9, 2025, an LAPD officer shot me with his 40-millimeter kinetic impact munition launcher from a raised platform behind a glass partition as I stood on a sidewalk with my hands up in the air.

2.      I was walking that night with a group of marchers downtown. The marchers were protesting LAPD's collaboration with federal immigration authorities.

3.      The march passed by a raised platform at the intersection of Main Street and 1st Street that is part of the LAPD Headquarters building complex. I observed an LAPD officer standing on this platform pointing a 40-millimeter munition launcher at people. After others and I stopped on the sidewalk to address the officer, he shot me with a 40-millimeter munition. The shot struck me in my groin area, narrowly missing my genitals. I had not done anything that could be characterized as threatening or dangerous, I had my hands up and in sight when I was shot, and I was separated from the shooting officer by a glass partition during the entire encounter. Exhibit __ is a video posted on X that shows the shooting, including with my hands raised just before the officer shot me with the 40-millimeter munition in the groin area.

4.      Numerous other LAPD personnel were present on the raised platform when I was shot but did nothing to intervene in the officer shooting me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2025, at Los Angeles, California:



_____
JASON REEDY