**HYDEE FELDSTEIN SOTO**, City Attorney – SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**KATHLEEN KENEALY,** Chief Assistant City Attorney – SBN 212289
**CHRISTIAN BOJORQUEZ**, Assistant City Attorney – SBN 192872
**GABRIEL S. DERMER**, Assistant City Attorney – SBN 229424
**JOSEPH S. PERSOFF**, Deputy City Attorney – SBN 307986
200 No. Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email: christian.bojorquez@lacity.org
Phone: (213) 978-7023; Fax No: (213) 978-8785

*Attorneys for Defendants*
**CITY OF LOS ANGELES and CHIEF JIM McDONNELL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | CASE NO. **CV20-05027 CBM-AS**<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISSOLVE PRELMINARY INJUNCTION**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Joseph Persoff; and [Proposed] Order]<br><br>**Hearing**<br><br>Date: November 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D |

**DEFENDANTS' NOTICE OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

**PLEASE TAKE NOTICE THAT** on November 18, 2025, at 10:00 a.m. in Courtroom 8D of the United States District Court for the Central District of California – Western Division, located at 350 W. 1st Street, 8th Floor, Los Angeles, CA, 90012, before the Honorable Consuelo B. Marshall, Defendants City of Los Angeles and Chief Jim McDonnell will, and hereby do, move for dissolution of the preliminary injunction entered on May 10, 2021.

Defendants seek dissolution of the preliminary injunction on the ground that Plaintiffs do not have standing to obtain a preliminary injunction.

This Motion is made following the conference of counsel pursuant to Central District of California Local Rule 7-3, which took place on August 19, 2025.

DATED: October 7, 2025

Respectfully Submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Asst. City Attorney
**CHRISTIAN BOJORQUEZ**, Assistant City Attorney
**GABRIEL S. DERMER**, Assistant City Attorney
**JOSEPH S. PERSOFF**, Deputy City Attorney

By:   /s/ Joseph S. Persoff
         JOSEPH S. PERSOFF
         Deputy City Attorney

Attorneys for Defendants
**CITY OF LOS ANGELES and
CHIEF JIM McDONNELL**

1

**DEFENDANTS' NOTICE OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION**