UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-05027-CBM (ASx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Black Lives Matter Los Angeles, et. al., v. City of Los Angeles, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants |
| N/A | | N/A |

**Proceedings (In Chambers):**   **Order DENYING Plaintiffs' Motion to Modify the Protective Order (Dkt. Nos. 250-251)**

On October 1, 2025, Plaintiffs filed a motion to modify the protective order issued in this case, followed by a corrected motion to modify the protective order. (Dkt. Nos. 250-251). Although the corrected motion states "[t]his motion s made following the meet and confer of counsel on September 23, 2025[,]" the motion does not refer to any attempts to "eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible." See L.R. 37-1. Accordingly, the motion is DENIED without prejudice for failure to comply with L.R. 37-1 through 37-4, by failing to meet and confer and prepare and submit a joint stipulation, or a declaration establishing opposing counsel's failure to confer or provide opposing counsel's portion of the joint stipulation. See L.R. 37-2.4.

**IT IS SO ORDERED.**

cc:   Consuelo B. Marshall
      United States District Judge

                                                                    : 00
                                  Initials of Preparer    AF