# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:20-cv-05027

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/05/2020

Date of judgment or order you are appealing: 01/15/2026

Docket entry number of judgment or order you are appealing: 277

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant City of Los Angeles

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◉ Yes   ○ No

If yes, what is the prior appeal case number? 22-56161

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Shaun Dabby Jacobs   Date: 2/11/26

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Defendant City of Los Angeles

Name(s) of counsel (if any):
Shaun Dabby Jacobs

Address: 200 N. Main Street, 14th Floor, Los Angeles, CA 90012
Telephone number(s): (213) 978-2704
Email(s): shaun.jacobs@lacity.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
See Attachment A.

Name(s) of counsel (if any):
See Attachment B.

Address: See Attachment B.
Telephone number(s): See Attachment B.
Email(s): See Attachment B.

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**  2  *New 12/01/2018*

# NOTICE OF APPEAL – ATTACHMENT A
## APPELLEES

Black Lives Matter Los Angeles; CANGRESS; Jorge Aguirre; Citlalli Aparicio; Bruce Barahona; Samantha Bellamy; Erik Blinderman; Austin Carr; Caleb Crowder; Linda Daitsman; Halley Georgeson; Darlene Mendoza; Christian Steven Roe; Justin Ullman; Channing Abbot; Clara Aranovich; Niki Armato; Bridget Bailey; Nicole Benthall; Tina-Desiree Berg; Athena Bermudez; Kacey Bonner; Leslie Bray; James Brown; Jodi Chang; Sollie Clark; David Contreras; Tina Crnko; Ma'ayan Dembo; Julia Dupuis; Rami Even-Esh; Aranavaz Fatemi; Elle Farmer; Victor Galdamez; Peter Gonzalez; Eva Grenier; Rachel Griego; Thadd Hall; Folasade Harris; Suzanne Jennett; Nadia Khan; Haley Kinas; Adrian Kudler; Aine Lynn-McEvoy; Nery Marroquin (separately represented); Evelyn Masso; Katie Melara; Colleen Newton; David Oei; Frankie Orr; Caherine Paris; Adrelina Perazzo; Shaheed Qur'an; Nathan Ramos; Abigail Rodas; Alexis Saenz; Henry Hank Scott; Chelsea Stone; Andrew Tahan; Lydia Lopez Wolfe; Jake Jeffers; Jacob Neuman; Jeffrey Trotter; Jermain Welch; Shannon Moore; Nelson Lopez; Jonathan Mayorca; Krystle Hartsfield; Nadia Khan; Alexander Stamm; Maia Kazin; Alicia Barrera-Trujillo; Devon Young; Linus Shentu

# NOTICE OF APPEAL – ATTACHMENT B

## Appellees' Counsel

Cynthia Anderson Barker SBN 75764
NATIONAL LAWYERS GUILD
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
t. 213 381-3246  f. 213 381-3246
e. cablaw@hotmail.com

Paul Hoffman, SBN 71244
Michael Seplow SBN 150183
John Washington SBN 315991
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP
9415 Culver Blvd, #115
Culver City, California 90230
t. 310 396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. jwashington@sshhlaw.com

Barrett S. Litt, SBN 45527
Lindsay Battles SBN 262862
MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
t. 626 844-7660 f. 626 844-7670
e. blitt@mbllegal.com
e. lbattles@mbllegal.com

Carol A. Sobel, SBN 84483
Katherine Robinson, SBN 323470
Weston Rowland, SBN 327599
Law Office of Carol A. Sobel
1158 26th Street, #552
Santa Monica, CA 90403
t. 310 393-3055
e. carolsobel@aol.com
e. klrobinsonlaw@gmail.com
e. rowland.weston@gmail.com

Pedram Esfandiary SBN 312569
e. pesfandiary@wisnerbaum.com
Monique Alarcon SBN 311650
e. malarcon@wisnerbaum.com
Bijan Esfandiari SBN 223216
R. Brent Wisner SBN 276023
e. rbwisner@wisnerbaum.com
WISNER BAUM, GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, California 90024
t. 310 207-3233 f. 310 820-7444

Colleen Flynn, SBN 234281
Law Office of Colleen Flynn
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 213 252-9444
e. cflynnlaw@yahoo.com

Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
t. 323 696-2299
e. matthewstrugar@gmail.com

Denisse Gastelum
Gastelum Law, APC
3767 Worsham Ave.
Long Beach, CA 90808-1774
t. 213 340-6112
e. dgastelum@gastelumfirm.com

Christian Contreras, SBN 330269
Law Offices of Christian Contreras, APC
Los Angeles, California 90012
t. (323) 435-8000
e. CC@Contreras-Law.com

Olu Orange, SBN 213653
Orange Law Offices
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010-2015
t. 213 736-9900
e. o.orange@orangelawoffices.com

James Do Kim, SBN 231038
Law Ofices of Do Kim, APLC
3435 Wilshire Blvd., Ste. 2700
Los Angeles, CA 90010
t. 213-251-5440
e. dkim@dokimlaw.com

Shakeer Mostafa Rahman
Law Office of Shakeer Rahman
838 East 6th Street
Los Angeles, CA 90021-1028
t. 323-546-9236
e. shakeer@loosr.net

Erin Darling (Counsel for Plaintiff Nery Marroquin)
Law Offices of Erin Darling
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
t. 323-736-2230
e. erin@erindarlinglaw.com