FILED

FEB 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES ET AL, IN 20-CV-05027 and NERY MARROQUIN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant - Appellant. | No. 26-905 <br><br> D.C. No. 2:20-cv-05027-CBM-AS <br> Central District of California, Los Angeles <br><br> ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each plaintiff-appellee that is represented by the same counsel on the docket, the plaintiffs-appellees listed on Exhibit A to this order will proceed under the grouping name of: Black Lives Matter Los Angeles et al, in 20-cv-05027.

Moving forward, the phrase "Black Lives Matter Los Angeles et al, in 20-cv-05027" in any court notice, order, or opinion in this case will refer to all appellees listed in Exhibit A.  The case will proceed under the name: *Black Lives Matter Los Angeles et al, in 20-cv-05027 v. City of Los Angeles*.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Exhibit A: Plaintiffs-appellees Black Lives Matter Los Angeles et al, in 20-cv-05027 (case no. 26-905)

| First Name | Middle Name | Last Name | Generation |
|---|---|---|---|
| Jorge | | Aguirre | |
| Citlalli | | Aparicio | |
| Bruce | | Barahona | |
| Samantha | | Bellamy | |
| Erik | | Blinderman | |
| Austin | | Carr | |
| Caleb | | Crowder | |
| Linda | | Daitsman | |
| Halley | | Georgeson | |
| Darlene | | Mendoza | |
| Christian | Steven | Roe | |
| Justin | | Ullman | |
| Channing | | Abbot | |
| Clara | | Aranovich | |
| Niki | | Armato | |
| Bridget | | Bailey | |
| Nicole | | Benthall | |
| Tina-Desiree | | Berg | |
| Athena | | Bermudez | |
| Kacey | | Bonner | |
| Leslie | | Bray | |
| James | | Brown | |
| Jodi | | Chang | |
| Sollie | | Clark | |
| David | | Contreras | |
| Tina | | Crnko | |
| Ma'ayan | | Dembo | |

| Julia | Dupuis | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rami | Even-Esh | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aranavaz | Fatemi | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elle | Farmer | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Victor | Galdamez | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Peter | Gonzalez | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eva | Grenier | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rachel | Griego | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thadd | Hall | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Folasade | Harris | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Suzanne | Jennett | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nadia | Khan | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haley | Kinas | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Adrian | Kudler | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aine | Lynn-McEvoy | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evelyn | Masso | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Katie | Melara | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colleen | Newton | | | | | | | | | | | | | | | | | | | | | | | | | | |
| David | Oei | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Frankie | Orr | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Caherine | Paris | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Adrelina | Perazzo | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shaheed | Qur'an | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nathan | Ramos | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Abigail | Rodas | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alexis | Saenz | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Henry | Hank | Scott | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chelsea | Stone | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Andrew | Tahan | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lydia | Lopez | Wolfe | | | | | | | | | | | | | | | | | | | | | | | | | |

| Jake | Jeffers |
| Jacob | Neuman |
| Jeffrey | Trotter |
| Jermain | Welch |
| Shannon | Moore |
| Nelson | Lopez |
| Jonathan | Mayorca |
| Krystle | Hartsfield |
| Nadia | Khan |
| Alexander | Stamm |
| Maia | Kazin |
| Alicia | Barrera-Trujillo |
| Devon | Young |
| Linus | Shentu |
| Black Lives Matter Los Angeles | |
| Los Angeles Community Action Network | |